4/21/06

To the Court

06-CV-574
(DLI)(RLM)

Please note will defend this case my attorney has been hospitalized (last Friday). Frankly I am lost without her. She agreed to represent me and then was hospitalized and will remain under care for at least 90 days probably longer. Consideration of this fact is sought from the court regarding this issue.

Thank You

Joe Mogus

APR 24 2006

P.S.
Am searching for new counsel, this is s rural part of West Virginia and it is difficult, she was familiar with the case and am really lost without her services.

PPS. Please note the venue question on other sheet - she absolutely was to challenge this - absolutely - as well as other aspects or charges will be challenged by her or new counsel.

[Handwritten at top: Before, actually my attorney notes this are bizarre & inaccurate - I or my business never lived in, owned property in, or had any connection to new York City or State - I have not even been in New York since 1999 even for a visit JR]

4. Plaintiff also asserts actions under states' laws, which may be brought within the supplemental jurisdiction of this Court, and Plaintiff respectfully requests that this Honorable Court exercise supplemental jurisdiction over said claims. *28 U.S.C. 1367.*

5. Venue is proper in this District as the Defendant resides in this judicial district. *28 U.S.C. 1391(b),(c).*

[Handwritten circled: No, Never Never It is not true I live 500 miles away]

6. Plaintiff requests a trial by jury.

7. Over the past six years Defendant did request and receive from Plaintiff, various items of gold jewelry for the purpose of inspection and to show to Defendant's customers.

8. Said jewelry was often sold and Defendant would pay Plaintiff for the sold items, however, numerous items of jewelry remained with Defendant.

9. Plaintiff did demand that Defendant pay for the outstanding items and at the time of this complaint; the total sum due was $151,000.00, exclusive of any adjustment in the market fluctuations of the price of gold.

10. Defendant promised to pay the outstanding balance and did make periodic payments from time to time.

11. Demand for payment has been made by Plaintiff upon defendant and defendant has refused to pay.

## COUNT TWO

12. Plaintiff repeats, reiterates and realleges each and every allegation contained in the paragraphs of this complaint in Count One with the same force and effect as if herein fully set forth.

13. Said sum due to plaintiff constitutes an account stated.

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Eastern District of New York

HOWARD KATZ,
Plaintiff

V.

JOE ROBERT MOGUS AND
ALL THAT GLITTERS, INC.,

SUMMONS IN A CIVIL ACTION

CASE NUMBER:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ APR 24 2006 ★
BROOKLYN OFFICE

TO: (Name and address of Defendant)

All That Glitters, Inc
125 Ruffed Grouse Lane
Berkeley Springs, WV 25411

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Shmuel Klein, Esq. sk-7212
Law Offices of Shmuel Klein, P.C.
268 Route 59
Spring Valley, NY 10977
(845) 425-2510

4/21/06

Will defend against these charges, absolutely
Joe Mogus

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Joe Mogus

_____                    _____
CLERK                                          DATE

_____
(By) DEPUTY CLERK

Walter Bax 602
Cross Junction
VA 22625

* (United States District Court (Eastern)
(Intake)
225 Cadman Plaza East
Brooklyn New York
11201