06 CV 574     5/16/06

To Office of Magistrate Judge Orenstein

I am writing regarding the Discovery Planning Conference - Jun 7 2006 at 10.30 AM - SCHEDULED note enclosed copy

I just now received this correspondence (enclosed) it was mailed apparently 5/12 2006, this past Friday. I am responding as soon as possible -
I am now working as a teacher and will be unavailable until the week of June 12/2006 - consequently I am requesting a change of date of the Discovery Planning Conference.

As my case is pro se I will be then attending in person and am now planning on contacting the plaintiff attorney to notify him of this change request. I will also contact him to arrange the required meeting as soon as possible at a location mutually convenient to both of us. I am hoping this is not a logistical problem in that there is a distance of nearly 500 miles involved.

RECEIVED
HON. JAMES ORENSTEIN

Sincerely
Thanks for your Consideration

Joe Robert Mogus

Joe Robert Mogus

PS. all consideration urged in this issue - I had a fine attorney to represent me, Pamela Reiman of Berkeley Springs she however is hospitalized for 3 to 4 months this has been very difficult and put me at a real disadvantage

To Mr Klein

Mr Klein regarding the obligatory meeting required prior to our initial conference - please contact me at 304-258-4247. So we can set up a meeting - in that thier is a notable distance involved I mite suggest Harrisburg Pennsylvania - or Baltimore as mutually convenient.

Sincerely
Thank You
Joe Magis

Letter to Counsel of Plaintiff