Case 06CV574

To the Court, Clerk & Judge Irizarry;

I wanted to make known to the court I will be filing a number of motions regarding this case - Katz vs Mogus - All That Glitters. Case 06CV574

I am a real disadvantage as my trusted lawyer has now been hospitalized and will be unable to defend me for many months - I am really at a loss without her as I am attempting to respond prose - The individuals in the prose office have been of real help to me most notably Ms Vega providing a thorough explanation of process and court protocol.

I am writing and will be filing motions within the week as I do have issues I feel are worthy of review.

Sincerely

Joe Mogus

Joe Mogus

Questions
304 258 4247

CC: Atty Schmuel Klein

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 30 2006 ★
BROOKLYN OFFICE

5/23

Mr Klein

Please let me know about the meeting I suggested in Harrisburg Pennsylvania prior to our June 7 scheduled conference. Call at your convenience

Thank You

Joe Mosus

Joe Mosus

304-258-4247

Original to Atty Klein

Joe Moses
Box 602
Criss Junction
VA 22625

To
Clerk of U.S. District Court
Eastern District New York
225 Cadman Plaza East
Brooklyn NY 11201

U.S. POSTAGE PAID
BERKELEY SPRING, W
MAY 24, 06
AMOUNT
$0.39
0004 2137-03

0000
11201