**NOTICE OF MOTION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------X

H Katz

Plaintiff,

against-

Joe R Mogus
All That Glitter Inc

Defendant(s).
--------------------------------------X

NOTICE OF MOTION

06CV574 ___CV___ (ABC)

[docket number] [judge's initials]

06CV574  DL Irizarry

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation Joe R Mogus sworn to or affirmed May 27, 2006 and upon the complaint herein, plaintiff will move this Court, Honorable Dora Lizette Irizarry (Judge's name) U.S.D.J., in room ___. United States Courthouse, Brooklyn, New York, 11201, on the 27th day of May, 2006, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to ~~Rule _____ of the Federal Rules of Civil Procedure granting~~ by motion for a change of venue in this case 06CV574

Dated: Morgan West Virginia [county], ~~New York~~

[date] May 27/2006

MAY 30 2006

PRO SE OFF

Joe R Mogus
Joe R Mogus

**PLAINTIFF PRO SE**

Mailing address → PO Box 602
Cross Junction
Virginia 22625

No mail this address

Home Address
125 Ruff Grouse Rd.
Berkeley Springs W.Va.

Phone - 304-258-4247

**AFFIDAVIT/AFFIRMATION**
**IN SUPPORT OF MOTION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X

H Katz

-against-                                           AFFIDAVIT/AFFIRMATION
                                                    06 CV 574
Joe R Mosus
All That Glitter Inc
--------------------------------X

STATE OF ~~NEW YORK~~ West Virginia
COUNTY OF MORGAN      ) ss.:

Joe Mosus        [BEING DULY SWORN] deposes
and says [or: makes the following affirmation under the penalties
of perjury]
                    Pro Se Defendant
I, Joe R Mosus am the ~~plaintiff~~ in the above-
entitled action, and respectfully move this Court to issue an
order to change venue in the above case

The reason why I am entitled to the relief I seek is the
following: Please note Exhibit A - #5 is an untruth, the defendant resides in West Virginia and has since 1998 - Please note Exhibit B, my West Virginia Drivers Lisence.

(You may use additional 8 1/2 x 11 paper if needed)

Additional for Affirmation

I, Joe R Mogus has never resided, owned property or even been in New York state or city since 1999 - or 2000, not even for one day. I swear this is true!

I respectfully ask this case then be moved to a location of mutual convenience to both Plaintiff and Defendant - perhaps Harrisburg or Baltimore Maryland being equi-distant for both parties, essentially.

As it is, the Plaintiff and his counsel drive only a few blocks, while I, the Defendant would be forced hundreds of miles, roughly 400-500 miles each way, and at great expense and repeatedly. This places me, Joe R Mogus at real disadvantage - given this disadvantage I honestly do not know if I could mount a proper defense. Again I ask the court to transfer this case to a location of mutual convenience to both parties, I emphasize both parties.

Most Sincerely

Joe R Mogus
Joe R Mogus

* Berkeley Springs
West Virginia 25411

P.S. The Plaintiff absolutely knows I do not live in the district he absolutely knows I live in West Virginia we have known each other 20 years, since 1985.

*Exhibit A - from Original Complaint*

4. Plaintiff also asserts actions under states' laws, which may be brought within the supplemental jurisdiction of this Court, and Plaintiff respectfully requests that this Honorable Court exercise supplemental jurisdiction over said claims. *28 U.S.C. 1367.*



5. Venue is proper in this District as the <u>Defendant resides in this judicial district.</u> *28 U.S.C. 1391(b),(c).*   *This is not true*

6. Plaintiff requests a trial by jury.

7. Over the past six years Defendant did request and receive from Plaintiff, various items of gold jewelry for the purpose of inspection and to show to Defendant's customers.

8. Said jewelry was often sold and Defendant would pay Plaintiff for the sold items, however, numerous items of jewelry remained with Defendant.

9. Plaintiff did demand that Defendant pay for the outstanding items and at the time of this complaint; the total sum due was $151,000.00, exclusive of any adjustment in the market fluctuations of the price of gold.

10. Defendant promised to pay the outstanding balance and did make periodic payments from time to time.

11. Demand for payment has been made by Plaintiff upon defendant and defendant has refused to pay.

## COUNT TWO

12. Plaintiff repeats, reiterates and realleges each and every allegation contained in the paragraphs of this complaint in Count One with the same force and effect as if herein fully set forth.

13. Said sum due to plaintiff constitutes an account stated.



Exhibit A

I have lived here in West Virginia since 1998
Before 5years in Pennsylvania
Before Pennsylvania, 13years in Maryland

Have <u>never</u> lived owned property or had a business in New York City or State

Have not set foot in New York since 1999 or perhaps 2000 - 6years at least.

The assertion that I reside within the jurisdiction of this court Eastern District of New York is simply not true - it is an untruth.

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27 /2006
(Date)

*Joe R Moses*
Your Signature

Print your name
Joe R Moses