UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

H Katz
 Plaintiff,

-against-

Joe R Mogus
All That Glitter Inc.
 Defendant(s).

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAY 30 2006 ★
BROOKLYN OFFICE

NOTICE OF MOTION

06 CV 574 (ABC)

[docket number] [judge's initials]

06 CV 574   DL Irizarry

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation Joe R. Mogus sworn to or affirmed May 27, 2006 and upon the complaint herein, plaintiff will move this Court, Honorable Dora Lizetta Irizarry (Judge's name) U.S.D.J., in room ___, United States Courthouse, Brooklyn, New York, 11201, on the 27th day of May, 2 2006, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to ~~Rule~~ ___ ~~of the Federal Rules of Civil Procedure granting~~ by motion for dismisall of case against Joe R Mogus made by Howard Katz

Dated: Morgan [county] ~~New York~~
 [date] May 27/2006

Joe R Mogus
Joe R Mogus

PLAINTIFF PRO SE

Mailing Address → PO Box 602
 Cross Junction
 Virginia 22625

Home Address
125 Ruff Grouse Road
Berkeley Springs
West Virginia 25411
304-258-4247

MAY 30 2006
PRO SE

**AFFIDAVIT/AFFIRMATION
IN SUPPORT OF MOTION**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――――― x

H Katz

-against-

Joe R Mosus
All That Glitter Inc

―――――――――――――――――――――― x

AFFIDAVIT/AFFIRMATION

06 CV 574 (   )

STATE OF ~~NEW YORK~~ West Virjink
COUNTY OF Morgan : ss.:

Joe Mosus [BEING ~~DULY~~ SWORN] deposes and says [or makes the following affirmation under the penalties of perjury]

I Joe R Mosus, am the ~~plaintiff~~ Pro Se Defendant in the above-entitled action, and respectfully move this Court to issue an order to dismiss the above case against Joe R Mosus

The reason why I am entitled to the relief I seek is the following: Please note exhibits - Mr Katz is a mature man and businessman and is fully aware of the legal implications of dealing with an incorporated business - which is just what he

(You may use additional 8 1/2 x 11 paper if needed)

Page II Affirmation

knowingly did for 20 years. In 20 years of billing Mr Katz sent perhaps a thousand billing invoices (please note exhibit), to my knowledge he *never* once billed me, Joe R Mogus personally the bill was to All That Glitter Inc comensurately the payments received by Katz (again note exhibit) were from the incorporated business All That Glitters Inc.

H Katz never asked me, Joe Mogus to sign any waver or such he never asked me to take personal responsibility yet now he tries to hold me responsible, personally.

Conversely a gentleman, years ago that I did business with would *only* do business if I did sign such an agreement, that of accepting personal responsibility - Katz however, never did the same, yet he brings suit against me personally as if I had. No this he, Katz knows is not acceptable as many times we discussed what it meant to be incorporated. He knew.

Please note all exhibits All That Glitters Inc. since 1980, filed a corporate return, paid its President Joe R Mogus a salary. Howard Katz did business knowingly for 20 years with an incorporated business not an individual. Katz's issue is with a separate legal identity, entity not a person, Joe Mogus.

Sincerely
Thank You

Joe R Mogus
Berkeley Springs
West Virginia
25411

**HOWARD KATZ**
Manufacturer & Importer
of 14K Jewelry
P.O. Box 4476
NEW YORK, NY 10185-4476
362-8424  Toll Free 1-800-466-5287
FAX (718) 756-0636

ALL THAT GLITTERS
PO Box 314
Hancock MD 21750

**HOWARD KATZ**
Manufacturer & Importer
of 14K Jewelry
P.O. Box 4476
NEW YORK, NY 10185-4476
363-8424  Toll Free 1-800-466-5287
FAX (718) 756-0636

ALL THAT GLITTERS
PO Box 314
Hancock MD 21750

INVOICE

| DATE | ORDER NO | SHIP TO | TERMS |
|---|---|---|---|
| Jan 24-01 | 01-160-04 | U.P.S. Ruth Cole, Oak Ridge Dr, Hagerstown MD 21740 | |

| DESCRIPTION | | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|
| 1-8" Handmade w/ safety | 12 | 28 | 50 | 356 | 85 |
| | | | | 36 | 00 |

INVOICE

| DATE | ORDER NO | SHIP TO | TERMS |
|---|---|---|---|
| Oct 26-w | 20-240-93 | | NET 30 |

| DESCRIPTION | | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|
| Link | 9 | 30 | 30 | 275 | 10 |
| Earrings | 39.90 | 11 | 30 | 450 | 87 |
| Box chain 16" | 6.15 | 9 | 30 | 57 | 20 |

---

**ALL THAT GLITTERS INC.** 41D
P.O. BOX 314
HANCOCK, MD 21750

3333
7-11/520
079

Date 01/25/95

Pay to the Order of H Katz        $ 1000.°°

One Thousand ————— 00/100  Dollars

allfirst  Allfirst Bank
Baltimore, MD 21201

For _____

 allfirst

ALL THAT GLITTERS INC
PO BOX 314
HANCOCK MD 21750-0314

# Advanced Business Checking

October 1, 1999 thru October 31, 1999     Page   1 of   6

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27/2006 (Date)

Joe R Moy
Your Signature

Print your name
Joe R Mogu



All That Glitters, Inc.
Since 1979
P.O. Box 585 • Pasadena, MD 21122
WHOLESALE & RETAIL JEWELRY
(301) 360-2484