# LAW OFFICE OF SHMUEL KLEIN, PC
ATTORNEYS AND COUNSELORS AT LAW

268 WEST ROUTE 59
SPRING VALLEY, NY 10977
845-425-2510
NY FEDERAL COURT ONLY
email: shmuel.klein@verizon.net

113 CEDARHILL AVE.
MAHWAH, NJ 07430
201-529-3411
STATE & FEDERAL COURTS

June 5, 2006

Hon. Dora L. IRIZARRY
U.S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Katz v. Mogus 06-cv-574

Dear Judge Irizarry,

I am in receipt of a proposed motion by the defendant Joe Mogus appearing pro se. He apparently filed a motion returnable May 27, 2006. Certainly, the notice time is insufficient. I respectfully request a return date from the Court, unless the motion was rejected.

Respectfully,

Shmuel Klein

Cc
Joe Robert Mogus
Box 602
Cross Junction, VA 22625