**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 12 2006 ★

BROOKLYN OFFICE

H Katz          Plaintiff,

-against-

All That Glitter
Joe R Wagu
                Defendant.
-------------------------------------x

**APPLICATION FOR APPOINTMENT OF COUNSEL**

06 CV 57 (4)

1. **Name & mailing address of applicant** Joe Wagu
   Box 602 Cross Junction Va 22625

2. **Explain why you feel you need a lawyer in this case.**
   (Use additional paper if necessary).
   Absolutely - my attorney is hospitalized - she was a friend would do pro bono - I am bewildered.

3. **Explain what steps you have taken to find an attorney and with what results.**
   (Use additional paper if necessary). - I really have little money
   There are no attorneys here, licensed in New York

4. **If you need a lawyer who speaks in a language other than English, state what language you speak:** No.

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself of elsewhere, that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Affidavit in Support of Application for Appointment of Counsel are false, my case can be dismissed. I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Procedures Regarding Appointment of Attorneys in Pro Se Civil Actions.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

6/8/06
Date

[signature]
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------x

H Katz     Plaintiff,

-against-

All That Glitter
Joe R Wasu     Defendant.

-------------------------------------------x

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR APPOINTMENT OF COUNSEL**

06 cv 57 (H)

AFFIDAVIT OF _____

State of New York  )
                   ) ss.
County of Kings    )

I, the above named affiant, being duly sworn according to law depose and say that I am the Plaintiff in the above entitled proceeding; that I am a citizen of the United States; that I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the information I have submitted in support of my request is true and correct.

_Joe R Ms_
Sign Here Before Notary Public

Sworn to and subscribed before me this 8th day of June, 2006

_Cathy M. Payne_
Notary Public

Official Seal
Notary Public, State of West Virginia
Cathy M. Payne
Morgan County Commission
77 Fairfax Street, Ste. 1A
Berkeley Springs, WV 25411
My commission expires September 4, 2013

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

Are you now employed? ( ) Yes (X) No   ( ) Am self-employed  Substitute Teacher off 6/9 to 8/25

Name and address of employer: Morgan County WVa. Education

| | |
|---|---|
| If YES, how much do you earn per month $ 1000.00 | If NO, give month and year of last employment 6/9/06 |

1000 is an average

If Married, is your spouse employed?   ( ) Yes (X) No  Not Married

If YES, how much does your spouse earn per month $ _____

If you are a minor under age 21, what is your parents or guardians approximate monthly income $ Not Applicable

Have you received within the past 12 months any income from a business profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   (X) Yes   ( ) No

|  | Received | Source |
|---|---|---|
| If YES, give the amount received & identify source | $ 2500  $ 1000 | US Tax Solutions Southern Certificate Worthys |

Did some Documentating for them

Do you receive any Social Service monies, welfare payments, disability or unemployment benefits from any federal, state or city agency? ( ) Yes (X) No

|  | Received | Source |
|---|---|---|
| If YES, give the amount received & identify source | $ No None  $  $ |  |

Have you any cash on hand or money in a savings or checking account?   ( ) Yes (X) No  less than 500

If YES, state total amount $ 500

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? (excluding ordinary household furnishings and clothing) (X) Yes ( ) No

|  | Value | Source |
|---|---|---|
| If YES, give the value & describe | $ 1000  $ 1000  $ | Truck Car |

Marital Status:   [X] Single       ( ) Married

   ( ) Widowed       ( ) Separated or Divorced

Total Number of Dependents: X  No

List persons you support and relationship to them: No

| Name | Relationship |
|------|--------------|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

| Creditors | Total Debt | Monthly Payments |
|-----------|------------|------------------|
| Apartment or (Home) Live ~~with~~ Mother's house — She owns house | _____ | Standard expense electric, heat etc upkeep home — I live alone |
| Other: _____ | _____ | _____ |

I have numerous expense - medical etc but am in default can't pay - credit cards etc can't pay

I hereby certify the above to be correct.

_Joe R Mo____ 
Signature

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION ON THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------x

H Katz        Plaintiff,

-against-

All That Glitter
              Defendant.
-------------------------------------------------x

**AFFIDAVIT IN SUPPORT OF APPLICATION FOR APPOINTMENT OF COUNSEL**

06 cv 574
06 cv 574

AFFIDAVIT OF Joe R Morgan

my location

State of New York  West Virginia )
County of Kings  Morgan  ) ss.
                          )

I, the above named affiant, being duly sworn according to law depose and say that I am the Plaintiff in the above entitled proceeding; that I am a citizen of the United States; that I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the information I have submitted in support of my request is true and correct.

_Joe R. Morgan_
Sign Here Before Notary Public

Sworn to and subscribed before me this 8th day of June, 2006

_Cathy M. Payne_
Notary Public

Official Seal
Notary Public, State of West Virginia
Cathy M. Payne
Morgan County Commission
77 Fairfax Street, Ste. 1A
Berkeley Springs, WV 25411
My commission expires September 4, 2013

Moses
Box 602
Ross Junction
VA 22625

Attn:
Pro Se' Office
(or Related Very Job)

To:
United States District
Eastern District
225 Cadman Plaza East
Brooklyn, New York

