**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOWARD KATZ,

                                    Plaintiff,

                    - against -

JOE ROBERT MOGUS, et al.,

                                    Defendants.
-----------------------------------------------------------X

                                                            **ORDER**

                                                            CV 06-0574 (DLI) (JO)

**JAMES ORENSTEIN, Magistrate Judge:**

        The initial conference scheduled for June 20, 2006, at 3:30 p.m. shall be held via

telephone.  Counsel for the plaintiff shall initiate the call, and if it is to be held via teleconference

shall provide call-in information to the defendant and chambers in advance of the call.  The

plaintiff's counsel having professed ignorance on the matter (after first advising that he would

comply with my order provided it cost him nothing), I note for counsel's information that there

are a number of companies that provide teleconferencing services including AT&T (1-800-232-

1234), Unlimited Conferencing (1-800-834-6971), and affordableconferencecalls.com (866-271-

5612).  Counsel for the plaintiff shall serve a copy of this order on the defendant.


        **SO ORDERED.**


Dated: Brooklyn, New York
        June 20, 2006

                                                    /s/ James Orenstein
                                                    JAMES ORENSTEIN
                                                    U.S. Magistrate Judge