UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
                                               x

H Katz
         Plaintiff,                           06-CV-574 (DLI)
                                              NOTICE OF MOTION
  -against-
                                              06 CV ~~05474~~
Joe R Mogus
All That Glitter Inc.     [docket number][judge's initials]
         Defendant(s).
                                          x  06CV05474 D.L. Irazarry

PLEASE TAKE NOTICE that upon the annexed affidavit or
affirmation   Joe R Mogus     sworn to or affirmed
6/22/2006   , 20___, and upon the complaint herein,
Joe R Mogus                Honorable Doris Lizette Irazarry
plaintiff will move this Court,  (Judge's name)  U.S.D.J.,
in room___, United States Courthouse, Brooklyn, New York, 11201,
on the 22 day of June, 2006, at (time) or as
soon thereafter as ~~counsel~~ Self can be heard, for an order pursuant to
Rule _____ of the Federal Rules of Civil Procedure granting
~~by~~ motion for a dissmissal of the case
06 CV 05474 - Katz vs Joe R Mogus
                                    All That Glitter Inc
6/22/2006
Dated: [county], New York
       Morgan West Virginia
       [date]
       6/22/06

                                    Joe R Mogus
                                    Joe R Mogus

                                    PLAINTIFF PRO SE
                                    Mailing - PO Box 602
                                    Cross Junction Va.
                                    22625

                                    304-258-4247     1



RECEIVED
JUN 26 2006   B
PRO SE OFFICE

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 6/22/06 (Date)
June 22/2006

Your Signature: *Joe R Mogus*

Print your name
Joe R Mogus

Today I am now asking this honorable court to dimiss the entire case brought by plaintiff Howard Katz vs. AllThat Glitters /Joe R. Mogus, Cv06-05474. Iam asking this as new information has come to light , today, 6/21 /06 .          Today , during  a phone conversation involving myself , Magistrate Judge Orenstein , and plaintiff's attorney Mr.Shmuel Klein, Mr. Klein disclosed that ,(exhibit enclosed ) the statement regarding the defendants residence was in fact in error , a typographical error , he said ,I quote" a typo " As made clear to this court previously the defendant ,All That Glitters /Joe R Mogus has not lived , worked , held a bussiness license , owned property , or even been in New York State in many years , this also  absoloutely clear to  Mr. Klein , in that his office has addressed numerous correspondence , and a summons  and none to  a New York address . I would  think his "typo"would have become glaringly obvious and it was then incumbent upon  him to notify this court of his error before we ever  reached this stage !    At any rate accepting Mr.Klein  at his word this being an error ,( his confusing New York  with West Virginia )I submit to the court that it was then also in error for any aspect of this case to be brought before this honorable court , Eastern District , New York, the predicate of this venue now being an admitted error , consequently am now asking the entire case be dismissed. As the court is aware am a pro se ` defendant  consequently not familiar with court protocol or law  so i can only state this in plain English as i see it . The plaintiff will not be precluded from his just due , the case simply refiled in the appropriate venue and this time error free . Mr Klein now  not mistaking  residence. I thank the court for consideration in this issue and also for consideration in that am a pro se ` defendant .

Sincerely
Joe R Mogus
Joe R Mogus

PS. I must add after reading, in that this "typo" is a serious error I think a full explanation regarding how it could have occurred and continued is due the court and myself!

Thank You
Joe Mogus

*Exhibit* (handwritten)

4. Plaintiff also asserts actions under states' laws, which may be brought within the supplemental jurisdiction of this Court, and Plaintiff respectfully requests that this Honorable Court exercise supplemental jurisdiction over said claims. *28 U.S.C. 1367.*

5. Venue is proper in this District as the <u>Defendant resides in this judicial district.</u> *28 U.S.C. 1391(b),(c).*

6. Plaintiff requests a trial by jury.

7. Over the past six years Defendant did request and receive from Plaintiff, various items of gold jewelry for the purpose of inspection and to show to Defendant's customers.

8. Said jewelry was often sold and Defendant would pay Plaintiff for the sold items, however, numerous items of jewelry remained with Defendant.

9. Plaintiff did demand that Defendant pay for the outstanding items and at the time of this complaint, the total sum due was $151,000.00, exclusive of any adjustment in the market fluctuations of the price of gold.

10. Defendant promised to pay the outstanding balance and did make periodic payments from time to time.

11. Demand for payment has been made by Plaintiff upon defendant and defendant has refused to pay

## COUNT TWO

12. Plaintiff repeats, reiterates and realleges each and every allegation contained in the paragraphs of this complaint in Count One with the same force and effect as if herein fully set forth.

13. Said sum due to plaintiff constitutes an account stated.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
────────────────────────────── x

H Katz

  Plaintiff,

-against-   Joe R Mosus
            All That Glitter Inc
  Defendants.

────────────────────────────── x

Affirmation of Service
06 CV 574
____ CV ____ ( )

I, Joe R Mosus , declare under penalty of perjury that I have served a copy of the attached Notice of Motion and ~~Affirmation/Affidavit~~ in support upon Attorney Schmuel Klein (Plaintiff Attorney) whose address is Office Shmuel Klein P.C. 268 Route 59 Spring Valley New York 10977

Dated: 6/22/06
, ~~New York~~
Berkeley Springs
West Virginia
25411

Signature: Joe R Mosus

Address: PO Box 602

City, State & Zip Code: Cross Junction Va 22625

Telephone: 304 258 4247

