Case 7:06-cv-03047-KMK Document 17 Filed 07/06/2006 Page 1 of 4

6/29

To the court
Case CV06-0574
Katz vs All That Glitter / Joe R Moses

I have been notified by the owner of my residence for 9 years, my Mother, this home will be sold and finalized by July 21 2006. I must vacate by July 21.

I wanted to notify this court as final word given to me,

I will be moving to Eugene
I have a friend, a female friend.
I will remain in touch with this court after July 21/2006 by providing cell number etc & new address.

I want to make clear this move had been planned for over a year however was not sure when, as there was difficulty in selling home. The plaintiff was well aware of my move and I think planned to initiate these proceeding when I was vulnerable and in transit. This dispute between the two parties is not new he chose this period to initiate — this could have been initiated 18 ago ago and been resolved by now.

Sincerely Joe R Moses

cc Shmuel Klein

RECEIVED JUL -6 2006 PRO SE OFFICE

P.S. I also want to make clear that it is my intention to settle down in Eugene area and most probably live the rest of my life there - thank you

Joe Mogus

*Joe Mogus*

PPS. I have never received my copy of the Plaintiff's response to motion I filed back in May has there yet been no response?

Case CV06-0574



Box 602
Cross Junction
VA 22625

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUL 0 6 2006 ★

BROOKLYN OFFICE

To Law Office Shmuel Klein P.
at 268 Route 59 West
Spring Valley
New York 10977

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Shmuel Klein P.C. Law Office
Street, Apt. No.; or PO Box No.: 268 Route 59 West
City, State, ZIP+4: Spring Valley N. York 10977

PS Form 3800, June 2002    See Reverse for Instructions

7005 3110 0004 3972 4127

Copy sent to Attorney Shmuel Klein