UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

H Katz

Plaintiff,

NOTICE OF MOTION 574

against

06 cv 05474 (ABC)

Joe R Mogus
All That Glitters Inc

[docket number] [judge's initials]

Defendant(s)

06CV05474   DLI razaomy

---------------------------------------X

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation of Joe R Mogus sworn to or affirmed 7/13/2006 14th , 20 and upon the complaint herein, Joe R Mogus Honorable Doris Liette Irazaomy plaintiff will move this Court, (Judge's name) U.S.D.J., in room United States Courthouse, Brooklyn, New York, 11201, on the 9th 13th day of July , 2006, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting by motion for a dismissal of the case 06CV05474 Katz vs Joe R. Mogus All That Glitter Inc.

Dated:  MORGAN WEST VIRGINIA [county] New York

[date] July 13/2006

JR

RECEIVED
JUL 18 2006
PRO SE OFFICE

Joe R Mogus
Joe R Mogus

PLAINTIFF PRO SE

Mail - PO Box 602
Cross Junction Va
22625

304-258-4247

Phone & Address not viable after July 21/2006 as explained previously as house has been sold by owner and moving - will provide cell number and new address as soon as I can.

Katz vs Joe R Mogus/All That Glitters Inc

I am now asking this court to dismiss this case (06cv05474 , Katz vs. Joe R. Mogus /All That Glitters Inc due to the lack of response and cooperation of plaintiffs counsel , Mr. Kline.To this point he has not responded to any of the motions i have filed some as long ago now as i believe 7 weeks , nor did he respond to any of my letters or faxes as we had been ordered to confer by Magistrate Judge Orenstein prior to our June 21st conference —— totally ignoring my overtures to discuss. As a pro se defendant, I have struggled to observe and respect the rules and protocols of the court , to make this process work , he ,simply has not . Due to this lack of even a response I am now asking a dismissal of this case

Most Sincerely

Joe R Mogus

Joe R Mogus

P.S. Is this process open-ended, without parameter? I do recollect a date of May 27th having been established for response by Plaintiff counsel I have no recollection of that date being ammended or revoked.

Thank You
Joe Mogus

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7/14/06
(Date)

Joe R Mogus
Your Signature

Print your name
Joe R Mogus

To Law Office Shmuel Klein PC
268 Route 59 West
Spring Valley
New York 10977

Box 602
Grass Junction
VA 22605

CC IAI Pages Shmuel Klein

Vasquez/Al That Critter
PO Box 602
Cross Junction, VA
22625

Office of
Pro Se
Special Attn
Mr Ralph Vasquez JR

U.S. District Court Eastern District
225 Cadman Plaza East
Brooklyn New York
11201

CERTIFIED MAIL

7006 0100 0000 3922 0938

U.S. POSTAGE PAID
BERKELEY SPRING, W
25411
JUL 14 '06
AMOUNT
$2.79
00078076-05