8/2/2006

To the Court:

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG - 7 2006 ★
BROOKLYN OFFICE

Case CV06-0574

7/31/2006

Please hold any correspondence directed to Joe R Mogus /All That Glitter INC. do not send to former address. PO Box 602 Cross Junction Va. 22625 - Am currently on the road on move to West Coast.

I will within 7 to 10 days have a new address and will notify the court.

I had planned using address of friend, this is not possible at this time consequently mail can not be forwarded etc. New address will be established in stated time 7 to 10 days.

Sincerely
Thank You
Joe R Mogus

RECEIVED
AUG 07 2006
PRO SE OFFICE

CC Attorney Shmuel Klein

P.S. By the time you receive this new address may be established - sorry, cell phone no not available in that cell has proven unreliable across country.

