8/9/2006

Case CV 06-0574

To the Court

I have done the best I could, as quickly as possible to establish a postal address. Any correspondence regarding the case of Howard Katz vs Joe R Mogus / All That Glitter should be directed to General Delivery Corvallis Oregon 97333 - sorry for inconvenience - my situation here was different than I had expected -

The General Delivery acct is valid for 45 days as soon as I establish a permanent address I will include to you.

Sincerely
Thank You
Joe R Mogus
Joe R Mogus

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ AUG 14 2006 ★
BROOKLYN OFFICE

Again
Joe R Mogus / All That Glitter Inc
Corvallis (General Delivery)
Oregon 97333



Special to
Office Pro Se'
Mr Ralph Vess Jr

To U.S. District Court
225 Cadman Plaza East
Brooklyn
New York
11201

97333

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG
BROOKLYN OFFICE