UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Howard Katz,

                Plaintiff,

       -against-

Joe Robert Mogus and
All That Glitters, Inc.,

                Defendants.
------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 0 1 2006 ★
BROOKLYN OFFICE

**ORDER**

06-CV-574 (DLI)(JO)

**DORA L. IRIZARRY, U.S. District Judge:**

    A telephonic conference will be held in this matter on Friday, October 6, 2006 promptly at 11:00 a.m. All parties must participate. Counsel for plaintiff is directed to initiate the conference call with defendant(s) and to then conference in the Court.

    Applications for adjournment will be accepted only with a showing of good cause, and must be filed by letter no later than 48 hours in advance of the scheduled conference. Please note that Electronic Case Filing ("ECF") is mandatory for all litigants represented by counsel.

    The Clerk of the Court is directed to mail a copy of this order to pro se defendant via certified mail with return receipt.

SO ORDERED.

Dated: Brooklyn, New York
       August 31, 2006

                                                  DORA L. IRIZARRY
                                             United States District Judge