12/13

All That Glitter
Owe H Katz Inc
In excess of 250,000 dollars

*[signature]*

A