# WILLIAM H. KIRKPATRICK II
### Attorney At Law

MARYLAND
408, Jefferson Building
West Chesapeake Avenue
Towson, Maryland 21204
410-823-4345
FAX 410-823-2006

PENNSYLVANIA
200 N. Front Street
New Freedom, PA 17349
717-235-6606
FAX 717-235-6606

February 19, 1996

Howard Katz
P.O. Box 4476
New York, New York 10185-0038

    Re: Joseph Mogus, t/a All That Glitters

Dear Mr. Katz:

    Mr. Mogus has asked me to write this letter on his behalf, following his conversations with you.

    I have know Mr. Mogus for approximately 15 years and have discussed his current business situation as well as the money that is owed to you at present. I want you to know that I believe that if something should happen to Mr. Mogus, such that he might be incompetent or disabled in such a way as to be unable to properly manage his business, that I feel comfortable that I would be able to assist him in the continuation of that business in such a manner as to not jeopardize his credit relationship with you.

    At this point in time I am working with Mr. Mogus to draft a Power of Attorney that Mr. Mogus will execute that would become effective if he becomes disabled, so that I would be able to have legal access to his business and accounts. Further, I am representing him in a case were a pesticide company poisoned his well water and am about to sent to them a demand letter with all of the particulars of the injuries that Mr. Mogus (and his tenants) suffered. I am hopeful that if the pesticide company is going to settle this prior to the filing of suit that we should have this resolved within two to three months.

    Please let me know if I can be of any further assistance.

Very truly yours,

William H. Kirkpatrick

*b*

U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 12 2006 ★
CLERK'S OFFICE
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x

H Katz, Plaintiff,

-against-

All That Glitter
Joe R Wagw
Defendant.
----------------------------------x

APPLICATION FOR APPOINTMENT
OF COUNSEL

06 cv 57 (H)

1. Name & mailing address of applicant: Joe Wagw, Box 602 Cross Junction Vs 22625

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary).
Absolutely — my attorney is hospitalized — she was a friend, would do pro bono — I am bewildered.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary). — I really have little money. There are no attorneys here, licensed in NewYork

4. If you need a lawyer who speaks in a language other than English, state what language you speak: No

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself or elsewhere, that I can afford a lawyer, the lawyer may give this information to the Court.

I understand that if my answers on my Affidavit in Support of Application for Appointment of Counsel are false, my case can be dismissed. I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved as provided in the Procedures Regarding Appointment of Attorneys in Pro Se Civil Actions.

I understand that making this application does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with a summons and complaint, if I have not already done so.

6/8/06