To the Court

06-CV-574
(DLI)(RLM)

Please note, will defend - this case my attorney has been hospitalized (last Friday) - frankly I am lost without her. She agreed to represent me and then was hospitalized and will remain under care for at least 90 days probably longer - Consideration of this fact is sought from the court regarding this issue.

Thank You
Joe Mogus

APR 24 2006

P.S. Am searching for new counsel, this is a rural part of West Virginia and it is difficult, she was familiar with the case and am really lost without her services.

PPS. Please note the venue question on other sheet - she absolutely was to challenge this - absolutely - as well as other aspects or charges will be challenged by her or new counsel