Joe Mogus
federal court eastern district new york

e: 4/21/2006 11:50:34 PM

ubject: howard katz vs joe robert mogus, all that glitter

10. This is essentially accurate, it was always implied that All that Glitters would pay H. Katz what was owed HOWEVER i, personally never signed anything nor did he ever require me, Joseph Robert Mogus to take personal responsibilty for any jewelry he sent, never! Katz is aware of this, he can not deny this!

11. I reiterate he never sent a bill, never, even when i wrote and asked for it! Never sent a bill, only verbal assertions ,QUOTE , "you know what you owe" Well i dont,and i no longer trust him, any serious person long ago would have provided some, any suporting documentation. In plain english you can not just call people and say one figure then another and offer no documentation, refuse documentation! Why?

12. I have no diffrent response to these reiterations than i have already stated!

13. Ican only say again this amount is untrue, the first time i ever saw or heard it, i further contend that even using his own numbers, Katz's, this amount 151, 000 is impossible!

14. I have no diffrent response to these reiterations than previously stated

15. I have nothing further to say !Previously addressed!

16. I have nothing further to say ! Previously addressed!