April 18, 2002

I Joseph R Mages am writing this intended as an addendum to my will - filed this date at Morgan County Courthouse Berkeley Springs West Virginia -

In view of my longstanding and on-going business relationship with Mr Howard Katz of Brooklyn New York - I wish to make Howard Katz the primary beneficiary of my estate in the event of my death.

It is my intention that Mr Katz receive first consideration even before my mother and sister to an amount equal to what is owed to Howard Katz at the time of my death. This amount to be determined by review of outstanding invoices - this is to be done by Katz + my attorney William Kirkpatrick. Once the debt to Katz is satisfied this addendum is finished all other assets then it is my wish go to my Mother Gloria Mages and sister Maryanne Mages Hank

G

Tzvi

I have been meaning to send this to you. I know and understand your concern about my expense and what I take out of the business.

Here are my monthly expenses:

- Mortgage - 338/mo.
- Electric - 60/mo.
- Health Ins. - 255/mo
- Cable - Sat - 65/mo.
- Car Ins - 107/mo
- Phone - local - 30/mo.
- Phone 800 - 50/mo.
- Phone Long Distance - 125/mo.

T = 1063 → $12,756 per year

- IRS - Tax - 500/mo
- State - Tax - 50/mo

T = 1613 per month → 19,356 per year

I did not include food etc but that is about 125 per week for food etc. As you know I do not have a fancy lifestyle.

Before my biggest expense was those lousy credit cards. Nearly $1200 per month — consequently I would have to take another $600+ per month for the IRS & State taxes consistent with that amount — Totalling nearly $2000 per month — Well that IS IN the PAST. It was a real burden and over the years hurt us — figure it out 2000 a month — 24,000 a year — 4 years its real money $100,000

I wanted to lay this out on paper for you - in Black & white so you could see it   OVER

G