In short my houses are not, they are back where they should be - Living in New York, where things are so expensive, it is probably hard for you to relate to such inexpensive living, things here are very cheap. Both my vehicles are paid off I have not had a car payment since 1991.

I just wanted to lay all this out for you so you could see it I also felt you had a right to know what's going on with my expenses etc.

Thanx

Joe