-3-

P PS.

During the three years I spent liquidating the inventory (some of which you called junk) in those three years I paid myself to live perhaps $60,000 I have to eat. I also had expenses of perhaps $15,000 to run the business. Total $75,000 - did you think I have no expenses. I also as you know given 15% to the seller this would also account for perhaps 10 to 12,000 wouldn't it - did you ever consider what to sell the jewelry there is expenses did you ever calculate this -

Did you think there are no expenses,

Gail Bye

STATE OF WEST VIRGINIA
COUNTY OF MORGAN

Subscribed and sworn before me this 19th day of July, 2___
My commission expires _____

_____
Notary Public

Official Seal
Notary Public, State of West Virginia
Cathy M. Payne
Morgan County Commission
77 Fairfax Street, Ste. 1A
Berkeley Springs, WV 25411
My commission expires September 1, 2013

I