9/12/05

Howard

I want to make one thing crystal clear, absolutely clear.

You had mentioned me having money hidden away. As I stated in an earlier notarized letter, I will swear I do not have money hidden etc. I am virtually broke and would qualify for bankruptcy as would All That Glitters Inc. - both had in the excess of 1000 dollars - or either. This is truth I swear - my intention is this would (statement here) would prove appropriate for legal or interagency purposes.

I also want to swear I have never sent or transferred any cash, money or jewelry to any family member or friend. Never. I swear to that. I have no secreted funds and that is it, Howard.

Sincerely
Joe Morgan

Witness

STATE OF WEST VIRGINIA
COUNTY OF MORGAN

Subscribed and sworn before me this 12th day of September, 2005.
My commission expires April 4, 2013

Notary Public

Official Seal
Notary Public, State of West Virginia
Cathy M. Payne
Morgan County Commission
77 Fairfax Street, Ste. 1A
Berkeley Springs, WV 25411
My commission expires September 4, 2013

J