Case 1:06-cv-00574-KL-KNF Document 334 Filed 09/25/2006 Page 1 of 2

**FILED**
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 25 2006 ★
BROOKLYN OFFICE

Case Katz vs
Mogus, Ali 7th Girl
CV06-0574

To the court, honorable Judge Irazarry

I am writing to ask for a change of date from October 6/2006 regarding the three way conversations ordered in this case.

I just received this notification last week as I was in another state, Washington State.

My mother will be visiting here in Corvallis Oregon during that period - she will be gone by Oct 21 however.

My mother is 80 years old not in good health. She is aware of this proceeding and it upsets her! - She was, became aware in that the Plaintiff Katz, called her in March at her home in a retirement home in Florida, calling for reasons known to himself.

I only want her gone back to Florida before I take this call and deal with this issue, after that date Oct 21 I have no problem with taking this call.

Sincerely Thank You
Joe Mogus
Joe Mogus

My
Phone/541-925-5462

CC Shmuel Klein / Plaintiff Attorney