UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
Howard Katz,                                   :
                                               :
              Plaintiff,            :         **ORDER**
                                               :
           -against-                         :         -CV- (DLI)()
                                               :
Joe Robert Mogus                               :
and All That Glitters, Inc.,                   :
                                               :
              Defendants.           :
-------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

       The Court has reviewed the letter application of defendant Joe Mogus, a copy of which is attached hereto, in which he requests an adjournment of the telephonic conference scheduled for Friday, October 6, 2006 at 11:00 a.m. That request is granted. The telephonic conference is hereby rescheduled to **Thursday, October 26, 2006 at 3:00 p.m.** Counsel for Plaintiff is directed to initiate the conference call. Counsel for Plaintiff is further ordered to inform Mr. Mogus of the new date and time for the telephonic conference forthwith.

       Applications for adjournment must be made by letter, on consent and with a showing of good cause, and must reach the Court at least two business days in advance. All counsel are reminded that Electronic Case Filing ("ECF") is mandatory; only pro se litigants are exempt from the ECF requirement.

SO ORDERED.

DATED:    Brooklyn, New York
             October 4, 2006

                                                _____
                                                  DORA L. IRIZARRY
                                                  United States District Judge