UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

06-CV-574

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 29 2006 ★
BROOKLYN OFFICE

H. Katz                 Plaintiff,

        -against-

Joe R Mogus
All That Glitter Inc
                Defendant(s).

NOTICE OF MOTION

06 cv 05474 (ABC)

[docket number] [judge's initials]

------------------------------------X

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation __Joe R Mogus__ sworn to or affirmed __September 27__, 2006, and upon the complaint herein, __Joe R Mogus__ will move this Court, __Honorable Doris Lizette Irizarry__ (Judge's name) U.S.D.J., in room____. United States Courthouse, Brooklyn, New York, 11201, on the __27th__ day of __Sept__, 2006, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting

by Motion for a dismissal of the case 06 CV 05474 Katz Vs Joe R Mogus All That Glitter Inc

Dated: Benton [county] OREGON ~~New York~~
       [date] Sept 27/2006

Joe R Mogus
Joe R Mogus
__PLAINTIFF PRO SE__

Mail
General & Delivery
Corvallis Oregon
97333

Phone
541-929 5462

Motion Attached

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept 27/2006

Joe R Moy

*Your Signature*

*Print your name*

Joe R. Moss

Motion to Dismiss

Sept 27/2006

Again, I urge this honorable court to dismiss this case 06CV05474 - Katz vs Mazur/All That Glitters Inc

Just yesterday Sept 26/2006 at long last I received from Plaintiff's attorney Klein his response to motions filed.

As I recollect this court had established a return date of May 27/2006 - this date never being changed or ammended. Attorney Klein's response, 4 months late - he apparently chose to ignore, disregard the court established date.

I do not think this is by accident but rather by design - to respond late, less than 10 days before our conference of Oct 6/2006 this a rather tawdry attempt on his part to preclude a response or rebuttal to the points he has made - this design appearing obvious to me and I think to this court.

Why I must ask if I, as a Pro Se defendant can I respond in days must he a professional, officer of the court disregard court instruction and take many months to simply respond.

Again I urge this honorable court to dismiss this case.

Thank You
Sincerely
Joe R Mazur
JOE R MAZUR

* P.S. on Back

In earlier correspondence this movant Taylor asked the court to please grant extension of Oct 6 — to 30 days more.

I will make a succinct and point by point rebuttal of the Klein correspondence of Sept 26

Thank You

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
H Katz

                    Plaintiff,

-against-                                    Affirmation of Service

Joe R Mogus / All That              06 cv 05474
                    Defendants.     Glitter Inc
---------------------------------------X

I, Joe R Mogus , declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon Plaintiff attorney Schmuel Klein

whose address is 268 Route 59
Spring Valley New York 10977 .

Dated: Sept 27/2006
       ~~, New York~~
       Corvallis Oregon

                                   Joe R Mogus
                                   Signature

                                   General Delivery
                                   Address

                                   Corvallis Oregon 97333
                                   City, State & Zip Code

                                   541-929 5462
                                   Telephone