Tuesday
Sept 26/06

To the court of Honorable Judge
Iozarrony

Today at long last one day
short of 4 months after the
court established deadline of I
believe May 27 - I received my
Klein's response to which many
many months ago

Given a date of Oct 6 has
been established for our 3 way
conversation and attorney Klein has
obviously cut short my time for
response - Oct 6 being 10 days away
I ask for only 30 days to respond
to his rebuttals 30 days more than
30 days more than sufficient I do
not need 4 months, as he had.

Sincerely
Thank you

Joe Mogus
Joe MOGUS

Referring to Case
CV06-0574

Note envelope copy enclosed. dated
Sept 22- an obvious flagrant disregard of
your honors original due date

CC Atty Klein

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ SEP 2 8 2006 ★
BROOKLYN OFFICE

Law Office Of
Shmuel Klein, PC
268 Route 59 West
Spring Valley, NY 10977

Address Information Requested



Joe Robert Mogus
General Delivery
Corvallis, OR 97333

