Oct 3/2006

To the Court
   and attorney Schmuel Klein

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ OCT 11 2006 ★
BROOKLYN OFFICE

The 8 previous pages included in this response (to Attorney Klein Sept 22/06 comments) were given freely and knowingly under penalty of perjury

I swear what I wrote to best of my knowledge was the truth.
                        Thank You
                        Joe R Moyse

I'm sorry I did not include this statement originally if necessary I will have the entire re-copied and sent complete with this statement let me know. JR

cc Atty Klein
Case CV06-0574

Mogus / AT6
General Delivery
Corvallis
Oregon 97333

U.S. District Court
Eastern
225 Cadman Plaza East
Brooklyn 7913 NY

✱ Attention
to the
Pro Se' office