TO
10/17/06

Honorable Judge Irizarry

Regarding the copy enclosed I wanted to make the point I received no call - from Plaintiff Attorney - Both with or otherwise!

I called Pro Se' office only the day before they (Pro Se') informed me.

Sincerely
Joe R Mozus

Case CV06-0574

CC Attorney Schmuel Klein

RECEIVED
OCT 2 3 2006
PRO SE OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
Howard Katz,                                    :
                                                :
                Plaintiff,                      :          **ORDER**
                                                :
        -against-                               :          ___ -CV- (DLI)()
                                                :
Joe Robert Mogus                                :
and All That Glitters, Inc.,                    :
                                                :
                Defendants.                     :
------------------------------------------------------x

**DORA L. IRIZARRY, U.S. District Judge:**

   The Court has reviewed the letter application of defendant Joe Mogus, a copy of which is attached hereto, in which he requests an adjournment of the telephonic conference scheduled for Friday, October 6, 2006 at 11:00 a.m. That request is granted. The telephonic conference is hereby rescheduled to **Thursday, October 26, 2006 at 3:00 p.m.** Counsel for Plaintiff is directed to initiate the conference call. Counsel for Plaintiff is further ordered to inform Mr. Mogus of the new date and time for the telephonic conference forthwith.

   Applications for adjournment must be made by letter, on consent and with a showing of good cause, and must reach the Court at least two business days in advance. All counsel are reminded that Electronic Case Filing ("ECF") is mandatory; only pro se litigants are exempt from the ECF requirement.

SO ORDERED.

DATED:      Brooklyn, New York
            October 4, 2006

                                                       s/
                                                _____
                                                DORA L. IRIZARRY
                                                United States District Judge

A TRUE COPY
ATTEST
DATED Oct. 4, 20 06
ROBERT C. HEINEMANN
                                    CLERK
BY Acarosella
                            DEPUTY CLERK

Ayotte
R Mow
General Delivery
Corvallis OR
97333

USMS

Office
of
Pro Se
Clk?

CERTIFIED MAIL

7006 0810 0002 4502 9950

To US District Court Eastern District
225 Cadman Plaza East
Brooklyn New York

U.S. POSTAGE PAID
CORVALLIS, OR
97333
OCT 17, 06
AMOUNT
$4.25
00022116-05

USPS CORVALLIS OCT 2006 USA 39