# Law Office of Shmuel Klein, PC
## Attorneys and Counselors at Law

268 West Route 59  
Spring Valley, NY 10977  
845-425-2510  
Federal Court Only

113 Cedarhill Ave.  
Mahwah, NJ 07430  
201-529-3411  
State & Federal Court

October 24, 2006

Honorable Judge Dora L. Irizarry  
United States District Court  
225 Cadman Plaza East  
Brooklyn, New York 11201

Re: Howard Katz, Plaintiff  
    Vs.  
    Joe Robert Mogus, All That Glitters, Defendant  
    Case # CV 1:06-cv-00574-DLI-JO  
    Telephone conference scheduled for October 26, 2006 @3 p.m.

Dear Judge Irizarry,

    We have attempted to contact Mr. Mogus several times at the phone at the two phone numbers that we have for him on file. # 304-258-4247 and 541-929-5462. There is a message on the 541 number that states ,"the answering service has not been activated and to try the call later."

The 304 number in Oregon, where he now lives, has been disconnected.

Sincerely,

/s/  
Shmuel Klein/r.

Cc: Joe Mogus