Oct 18/2006

To

Office Pro Se'

I want to withdraw my application for Pro Bono counsel made in I believe June. Plaintiff Attorney Schmuel Klein made reference to this application in his correspondence Sept 22/2006 so I felt obligated to send a copy to him.

Am now considering my own legal response (a Federal venue in Eugene) will be checking for counsel in this area to handle all of it.

Sincerely

Joe R Mayo

CASE CV06-0574

RECEIVED
OCT 24 2006
PRO SE OFFICE

CC. Atty Schmuel Klein