(3:10-3:50)

# CIVIL CAUSE FOR TELEPHONIC CONFERENCE

BEFORE JUDGE: **IRIZARRY**     DATE: 10/26/06     TIME: 3:00 P.M.

DOCKET NUMBER: 06-CV-574 (DLI)(JO)

TITLE: Katz v. Mogus et al.

COURTROOM DEPUTY: Christy Carosella     CR/ESR: Gene Rudolph

**APPEARANCES:**

FOR PLAINTIFF: Shmuel Klein
w/ π Howard Katz

FOR PLAINTIFF: 

FOR DEFENDANT Mogus: Joe Robert Mogus, pro se

FOR DEFENDANT: All that Glitters, Inc.

X  CASE CALLED.

X  COUNSEL FOR ALL SIDES PRESENT.

__ COUNSEL FOR _____ NOT PRESENT.

X  TELEPHONIC CONFERENCE HELD.

__ CASE MARKED READY FOR JURY/NON-JURY TRIAL ON _____.

__ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

__ CASE DISCONTINUED WITHOUT PREJUDICE AND WITHOUT COSTS.

__ ALL DISCOVERY TO BE COMPLETED BY _____.

__ FURTHER STATUS CONFERENCE SCHEDULED FOR _____.

X  OTHER: The Court's concern relates to whether or not it has personal jurisdiction over Δ. π shall file affidavit, as directed on the record, re: business mtgs/transactions btw π & Δ. π shall provide that documentation by 11/3/06; Δ shall respond by 12/4/06; π's reply due 12/11/06. Δ's Motions to Dismiss (docs # 9, 10, 15, 17) are collectively dismissed at this time. Δ's Motion to Appoint Counsel (doc # 12) is denied. Δ has not demonstrated sufficient need for counsel on this civil case. The Clerk of the Court shall note Δ's proper phone # is (541) 929-5462.