10/26/06

To Your Honor
Judge Irizarry

Regarding conversation of earlier today I have updated my address and phone to Mr Schmuel Klein and to the Court via Pro Se - Please note inclusion - Apparently the address was updated while the phone was not - but please note I did send September 27th /2006
Since I moved have been in constant contact with Pro Se office except for about 6 days -
I do apologize for any inconvenience it was sent I assumed Mr Klein had it

Sincerely
Joe M??

PS
A copy was included of Sep 27/06 corresponce to Mr Klein did he not receive it?

CC
Atty Schmuel Klein

## NOTICE OF MOTION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------X

H. Katz
            Plaintiff,

-against-

Joe R Mosus
All That Glitter Inc
            Defendant(s).
-------------------------------X

NOTICE OF MOTION

06 cv 05474 (ABC)

[docket number] [judge's initials]

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation __Joe R Mosus__ sworn to or affirmed __September 27__, 2006 and upon the complaint herein, __Joe R Mosus__ Honorable Doris Lizette Irizarry (Judge's name) U.S.D.J., will move this Court, in room____. United States Courthouse, Brooklyn, New York, 11201, on the __27th__ day of __Sept__, 20__06__, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule _____ of the Federal Rules of Civil Procedure granting by Motion for a dismissal of the case 06 CV 05474 Katz vs Joe R Mosus All That Glitter Inc

Dated: Benton [county], OREGON New York

[date] Sept 27/2006

Joe R Mosus
Joe R Mosus
**PLAINTIFF PRO SE**

Mail
General G Delivery
Corvallis Oregon
97333

Phone
541-929 5462

Motion Attached