MEMORANDUM

4464

HOWARD KATZ
*Manufacturer & Importer of 14K Jewelry*
P.O. Box 4476
New York, N.Y. 10185-0038
Tel. 1-718-363-8424

1 of 3

Date FEB 26 19 93

To ALL THAT GLITTERS
P O Box 314
DARLINGTON MD 21034

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY and are the property of HOWARD KATZ and subject to their order and shall be returned to them on demand. Such merchandise, until returned to them and actually received, are at your own risk from all hazards. NO RIGHT OR POWER IS GIVEN TO YOU TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions. A sale of this merchandise can only be effected and title will pass only if, as and when HOWARD KATZ shall agree to such sale and a bill of sale rendered therefor.

| | | DESCRIPTION | GRAM | @ | $ | TOTAL | |
|---|---|---|---|---|---|---|---|
| (1) | | 3402-612 - Ring | | | | 275 | 00 |
| (2) | | 3402-612 - | | | | 275 | 00 |
| (3) | | 290-408 Ring | | | | 184 | 00 |
| (4) | | 335-376 | | | | 170 | 00 |
| (5) | | 288-324 | | | | 146 | 00 |
| (6) | | 339-444 | | | | 200 | 00 |
| (7) | | 354-296 | | | | 133 | 00 |
| (8) | | 3432-624 | | | | 280 | 00 |
| (9) | | 3338-464 | | | | 210 | 00 |
| (10) | | 172-172 | | | | 78 | 00 |
| (11) | | 246E-250 | | | | 114 | 00 |

4465



**MEMORANDUM**

# HOWARD KATZ

*Manufacturer & Importer of 14K Jewelry*

P.O. Box 4476
New York, N.Y. 10185-0038
Tel. 1-718-363-8424

2 of 3

Date FEB 26 19 93

To ALL THAT GLITTER
PO Box 314
DARLINGTON MD 21034

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY and are the property of HOWARD KATZ and subject to their order and shall be returned to them on demand. Such merchandise, until returned to them and actually received, are at your own risk from all hazards. NO RIGHT OR POWER IS GIVEN TO YOU TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions. A sale of this merchandise can only be effected and title will pass only if, as and when HOWARD KATZ shall agree to such sale and a bill of sale rendered therefor.

| | | DESCRIPTION | GRAM | @ | $ | TOTAL | |
|---|---|---|---|---|---|---|---|
| (12) | | 320-320 | | | | 143 | 00 |
| (13) | | 3521-346 | | | | 179 | 00 |
| (14) | | 2261-180 | | | | 82 | 00 |
| (15) | | 127E-184 | | | | 84 | 00 |
| (16) | | 3398-276 | | | | 125 | 00 |
| (17) | | 3497-420 | | | | 189 | 00 |
| (18) | | 3336-544 | | | | 245 | 00 |
| (19) | | 320-288 | | | | 130 | 00 |
| (20) | | 368-436 | | | | 197 | 00 |
| (21) | | 256E-232 | | | | 105 | 00 |
| (22) | | 3392-424 | | | | 192 | 00 |



**MEMORANDUM**

4466

# HOWARD KATZ

*Manufacturer & Importer of 14K Jewelry*

P.O. Box 4476
New York, N.Y. 10185-0038
Tel. 1-718-363-8424

3 of 3

Date Feb 26 1993

To ALL THAT GLITTERS
PO Box 314
DARLINGTON MD 21034

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY and are the property of HOWARD KATZ and subject to their order and shall be returned to them on demand. Such merchandise, until returned to them and actually received, are at your own risk from all hazards. NO RIGHT OR POWER IS GIVEN TO YOU TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions. A sale of this merchandise can only be effected and title will pass only if, as and when HOWARD KATZ shall agree to such sale and a bill of sale rendered therefor.

| | | DESCRIPTION | GRAM | @ | $ | TOTAL | |
|---|---|---|---|---|---|---|---|
| (23) | | 378-288- | | | | 130 | 00 |
| (24) | | 133E-212 Ring | | | | 96 | 00 |
| (25) | | 439-548 Ring | | | | 247 | 00 |
| (26) | | 348-150- | | | | 63 | 00 |
| (27) | | 2674-356 | | | | 160 | 00 |

OK