

**HOWARD KATZ**
*Manufacturer & Importer of 14K Jewelry*
P.O. Box 4476
NEW YORK, NY 10185-4476

Tel. (718) 363-8424  Fax (718) 756-6555
Toll Free 1-800-466-5287

**INVOICE**

| DATE | ORDER NO. |
|---|---|
| NOV 18 1993 | 033-65 |

**SHIP TO:** 1 of 2

**TO:** ALL THAT GLITTERS
PO BOX 314
DARLINGTON MD 21034

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
|  |  | DELIVERED 11/4 |  | NET 30 |

| QUANTITY | DESCRIPTION | | UNIT PRICE | | TOTAL | |
|---|---|---|---|---|---|---|
|  | Link | 26.60 | 10 | 59 | 281 | 69 |
|  | H.B. Flex | 68.30 | 10 | 84 | 740 | 37 |
|  | 2 Bangles | 19.30 | 12 | 05 | 232 | 57 |
|  | 1- Baby Bangle | 4.50 | 12 | 05 | 54 | 23 |
|  | 1- Rope | 9.10 | 11 | 30 | 102 | 83 |
|  | F. Anchor | 7.50 | 12 | 05 | 90 | 38 |
|  | Bizmark | 11.40 | 11 | 34 | 129 | 28 |
|  | 1 Slave Bracelet | 4.90 | 12 | 50 | 61 | 25 |
|  | Bizmark + Rosian | 29.40 | 11 | 30 | 332 | 22 |
|  | 2-8½ Puffed Gucci | 34.20 | 12 | 00 | 410 | 40 |
|  | 6mm 1-pc Solid Mill | | 8 | 00 | 8 | 00 |

TRIPLICATE     *Thank You*

40% Pre-Consumer Content
10% Post-Consumer Content

PRODUCT 105  NEBS Inc., Groton, Mass. 01471, To Order PHONE TOLL FREE 1-800-225-6380

Case 1:06-cv-00457-PLF-KNF Document 34-7 Filed 09/24/2007 Page 1 of 22



# HOWARD KATZ
*Manufacturer & Importer of 14K Jewelry*
P.O. Box 4476
NEW YORK, NY 10185-4476

Tel. (718) 363-8424  Fax (718) 756-6555
Toll Free 1-800-466-5287

**INVOICE**

| DATE | ORDER NO. |
|---|---|
| Nov 18-1993 | 633-65 |

SHIP TO: 2 of 2

TO: All That Glitters
PO Box 314
Darlington MD 21034

| SALESPERSON | DATE SHIPPED | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|
|  |  | Delivers P/u |  | NET 30 |

| QUANTITY | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
|  | Ring + chain | 4.60 | 12.05 | 55.43 |
| RETURN IF NO SOLD (MEMO) | 1-heart w/ Diamonds |  |  | 140.00 |
|  | 1 Lock |  | 2.50 | 2.50 |
|  |  |  |  | 2641.15 |

TRIPLICATE

*Thank You*

40% Pre-Consumer Content
10% Post-Consumer Content

PRODUCT 105  NEBS Inc., Groton, Mass. 01471, To Order PHONE TOLL FREE 1-800-225-6380