## MEMORANDUM

**HOWARD KATZ**
Manufacturer & Importer of 14K Jewelry
P.O. Box 4476
New York, N.Y. 10185-0038
Tel. 1-718-363-8424

No. 4182

Date Jan 17, 1994

To: ALL THAT GLITTERS
P.O. Box 34
Parkiston M.D. 20034

The goods described and valued as below are delivered to you for EXAMINATION AND INSPECTION ONLY and are the property of HOWARD KATZ and subject to their order and shall be returned to them on demand. Such merchandise, until returned to them and actually received, are at your own risk from all hazards. NO RIGHT OR POWER IS GIVEN TO YOU TO SELL, PLEDGE, HYPOTHECATE OR OTHERWISE DISPOSE OF THIS MERCHANDISE regardless of prior transactions. A sale of this merchandise can only be effected and title will pass only if, as and when HOWARD KATZ shall agree to such sale and a bill of sale rendered therefor.

| DESCRIPTION | GRAM | @ $ | TOTAL |
|---|---|---|---|
| Assorted H.P. earrings | 282.00 | 12.45 | 3518.37 |
| Herringbone Chain | 314.60 | 11.40 | 3700.44 |
| D.C. Jersey Bugler | 169.70 | 12.45 | 2112.76 |
| Diamond Rope | 72.00 | 11.95 | 860.40 |
| Whole Rope | 98.40 | 11.95 | 1175.88 |
| 7" Fancy Light Bracelet | 192.30 | 12.50 | 2403.75 |
| Nugget Bracelet | 68.70 | 11.45 | 786.62 |
| Wide Maru Bracelet | 123.40 | 11.90 | 1468.46 |
| Twisted Rope | 36.40 | 11.00 | 400.40 |
| Assorted Diamond | 28.40 | 11.90 | 337.34 |
| | | | 16,761.47 |

Ex C