**HOWARD KATZ**
Manufacturer & Importer
of 14K Jewelry
P.O. Box 4476
NEW YORK, NY 10185-4476

(718) 363-8424   Toll Free 1-800-466-5287
FAX (718) 756-0636



INVOICE

| DATE | ORDER NO. |
|---|---|
| July 2, 98 | 830-10 |

SHIP TO: P/u in Manhattan

TO: ALL THAT GLITTERS
PO Box 314
Hancock MD 21750

TERMS: NET 30

| QUANTITY | DESCRIPTION | | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| | Rings | 37.65 | 11.05 | 416.03 |
| | Fancy Ring | 26.50 | 11.05 | 292.83 |
| | 1 A.B. | 9.70 | 9.50 | 92.15 |
| | 9" 1-7 gram | 5.30 | 9.25 | 49.03 |
| | 1-9" Box + Figaro chain | 9.60 | 9.25 | 88.80 |
| | 9" + 2 chain | 28.80 | 10.80 | 311.04 |
| | Asst 9" + chain | 47.10 | 11.00 | 518.10 |
| | | | | 1767.98 |

TRIPLICATE

*Thank You!*