Oct 31-06

I, Howard Katz met with Joe Mogus on several occasions in N.Y.

As you can see from the memo's dated Feb 26-93, Nov 18-1993, Jan 11-94 - thru Jan 17-1994 & July 27, 98 we conducted our business. He has his initials JR (Joe Robert) on some of the memos & on one of them his signature. He has a very distinctive handwriting.

Howard Katz