I Joseph R Moses am writing this intended as an addendum to my will - filed this date at Morgan County Courthouse Berkeley Springs West Virginia -

In view of my longstanding and on-going business relationship with Mr Howard Katz of Brooklyn New York - I wish to make Howard Katz the primary beneficiary of my estate in the event of my death.

It is my intention that Mr Katz receive first consideration even before my Mother and Sister to an amount equal to what is owed to Howard Katz at the time of my death. This amount to be determined by review of outstanding invoices - this is to be done by Katz and my attorney William Kirkpatrick.

Once the debt to Katz is satisfied this addendum is finished all other assets then it is my wish go to my Mother Celeste Moses and sister Maryanne Moses April

Sincerely Joseph

April 18/200[?]

I Joseph R Mosus am writing this intended as an addedum to my will - filed this date at Morgan County Courthouse Berkeley Springs West Virginia -

In view of my longstanding and on-going business relationship with Mr Howard Katz of Brooklyn New York - I wish to make Howard Katz the primary beneficiary of my estate in the event of my death.

It is my intention that Mr Katz receive first consideration even before my Mother and Sister to an amount equal to what is owed to Howard Katz at the time of my death. This amount to be determined by review of outstanding invoices - this is to be done by Katz and my attorney William Kirkpatrick. Once the debt to Katz is satisfied this addendum is finished all other assets then it is my wish go to my Mother, Celeste Mosus and sister Maryanne Mosus April
Sincerely JR