UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X

H Katz
    Plaintiff,

    -against-                              NOTICE OF MOTION

Joe R Mogus                               06 cv ____ - 0574
All That Glitter Inc
    Defendant(s).                         [docket number][judge's initials]
                                          D. L. Irizarry
---------------------------------------X
                                          06CV05474

PLEASE TAKE NOTICE that upon the annexed affidavit or

affirmation  Joe R Mogus  sworn to or affirmed

jR 11/1 2006, 20___  and upon the complaint herein,

Joe R Mogus  Honorable Doris Lizette Irizarry  U.S.D.J.,
plaintiff will move this Court, ____ (Judge's name)

in room ___ United States Courthouse, Brooklyn, New York, 11201,

on the 1st day of NOV.  2006  20___, at (time) or as

soon thereafter as counsel can be heard, for an order pursuant to

Rule _____ of the Federal Rules of Civil Procedure granting

by motion for a dismissal of the case
06CV05474 - H Katz VS Joe R Mogus
                                          All That Glitter Inc

10/30/06
Dated: [county] New York
Benton - Oregon
       [date]

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV - 1 2006 ★
BROOKLYN OFFICE

Joe R Mogus
Joe R Mogus

PLAINTIFF PRO SE

Mailing -
PO Box 422
Corvallis Oregon
97333

Phone
541-929-5462

CC: Shmuel Klein - Atty

Today Nov 1/2006 - am asking this honourable court to dismiss this case 06 CV05474 Katz vs Joe R Mogus/All That Glitter Inc

I am asking this as I recently had the revelation (revealed during telephone conference of Oct 26/2006) regarding the citizenship of Howard Katz

Note exhibit — Katz reffered to as domili cary - resident yes at least part time in Brooklyn - BUT, is mr Howard Katz an American Citizen, or in fact not, but a Canadian Citizen living in New York.

The crucial question is mr Howard Katz an American Citizen or not?

Note exhibit

The predicate of jurisdictional authority for this court as I see is diversity of citizenship - with myself an American citizen of West Virginia (at time of complaint served) and Howard Katz an American Citizen in Brooklyn New York - is Howard Katz an American Citizen? or Canadian living in Brooklyn - and then only part of the year. An alien, Howard Katz?

I have known Howard Katz for 20 years, he told me numerous time he was born in Canada and remained a Canadian citizen not an American Citizen. Has he now become an American? How recently? The man I did business with since 1985 was a Canadian, proud of it and to best of my knowledge remains one.

I am an American citizen born in Braddock Pennsylvania - 7/9/1950.

I brought this to the courts attention at first opportunity as it obviously has great bearing on the case.

Sincerely

Joe R Myers

P.S. Should Kratz, Howard became a citizen is not to my knowledge and he can easily prove citizenship (American) and at what date this occurred.

The better view appears to be that which holds fraud in the inducement to be available as a defense at law.[14] The opposite view depends on artificial distinctions such as the presence of a seal[15] or the type of fraud, rather than on the factor which should be determinative—the adequacy of the legal remedy. So long as a court of law is capable of doing justice between the parties there is no need for invoking equitable relief.[16] Also of importance is the fact that a constitutional right depends on whether the defense of fraud is legal or equitable. If such a defense can be classified historically as *either* legal or equitable, then it should be treated so as to retain the right to jury trial. Any restriction of this basic right must come from the people by the amendment process, not through artificial judicial classifications.

*James W. Beatty, S.Ed.*

Exhibit C

FEDERAL PROCEDURE—VENUE—RIGHT OF ALIEN UNDER DIVERSITY OF CITIZENSHIP CLAUSE OF 28 U.S.C. § 1391 (a)—Plaintiff, a citizen of France and resident of New York City, sought a declaratory judgment and restraining order against several defendants residing in different states. On the theory that a suit involving a citizen of France and citizens of the United States constituted "diversity of citizenship" under 28 U.S.C. § 1391 (a), and therefore could be brought where all of the plaintiffs or all of the defendants resided, the action was laid in the federal district court of New York where the plaintiff resided. Defendant moved for dismissal on the ground that this was "alienage," not "diversity of citizenship" as intended under the code, and consequently the suit could not be brought in the district of the plaintiff's residence. *Held*, motion sustained. By the words "diversity of citizenship" the legislature did not intend to change the old rule that aliens could sue only in the judicial district where all of the defendants resided. Because all of the defendants did not reside in the same district, several would have to be dropped or the case dismissed. *Du Roure v. Alvord*. (D.C. N.Y. 1954) 120 F. Supp. 166.

*exhibit B*

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HOWARD KATZ,
    Plaintiff

v.

                           IRIZARRY
                           Civil Action No. _____
                           JURY DEMANDED

JOE ROBERT MOGUS AND
ALL THAT GLITTERS, INC.
    Defendant.
-----------------------------------------------------------X

### COMPLAINT AND DEMAND FOR JURY TRIAL

NOW INTO COURT, through undersigned counsel, comes HOWARD KATZ, Plaintiff in the above entitled and captioned matter, who respectfully prays for Judgment of this Honorable Court against defendant, as set forth in the following complaint, as follows:

1. Plaintiff, HOWARD KATZ, is a domiciliary of Brooklyn, New York, and transacts business in this District.

*Domiciliary — Citizen?*

2.     Defendant herein is JOE ROBERT MOGUS AND ALL THAT GLITTERS, INC., also hereinafter be referred to as "MOGUS AND ALL THAT GLITTERS, INC." transacts and does business in the following places: 125 Ruff Grouse Rd Berkley Springs, West VA 25411; and PO Box 531, Berkley Springs, West VA 25411 and PO Box 602, Cross Junction VA 22625.

### JURISDICTION OF THE COURT AND VENUE

3.     Plaintiff respectfully asserts that this Honorable Court has jurisdiction in this case arises under federal law. *28 U.S.C. 1331*. Further, the matter in controversy exceeds $75,000.00, exclusive of costs and interest and the parties to these proceedings are citizens of different states.



exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
Howard Katz
                Plaintiff,

     -against-                          Affirmation of Service

Joe R Mogus                             06-cv-05474
                Defendants.
All That Glitter Inc.
----------------------------------------X

I, Joe R Mogus, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon Attorney Shmuel Klein whose address is 268 Route 59 Spring Valley New York 10977

Dated: 11/1/06

Joe R Mogus
Signature
Joe R Mogus
Address
PO Box 422
City, State & Zip Code
Corvallis Oregon 97333
Telephone
541 929 5462

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on NOV 1 2006
(Date)

_____
Your Signature

Print your name
Joe R Mosw



# CORVALLIS MAIL CENTER
### 131 NW 4TH ST.
### CORVALLIS OR 97330
### 541-754-9941
### FAX 541-766-8370

www.neighborhoodpostal.com

## FAX TRANSMITTAL FORM

To Atty S. Klein       From Joe Mogus

PHONE
FAX PHONE 845 425 7362

PHONE - 541 929 5462
FAX PHONE

DATE SENT: 10/31/06
TIME SENT:
NUMBER OF PAGES INCLUDING COVER PAGE: Only This Page

(URGENT)
FOR REVIEW
PLEASE COMMENT
PLEASE REPLY

* Message:

* New address — Joe R Mogus
P O Box 422
Corvallis Oregon
97339-0422

Copy of fax to S. Klein plaintiff Atty

Please don't misplace it, Sir —!

Thank You

Joe R Mogus

cc: Judge via Pro Sé 10/24/07

Please note all copies sent