Original — Your Honor's Copy
Case 1:06-cv-05474-DLI-KNF    Document 365    Filed 11/06/2006    Page 1 of 9
NOTICE OF MOTION
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y
★ NOV - 6 2006 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X

Howard Katz
       Plaintiff,

       -against-

Joe R Mogus
All That Glitter Inc
       Defendant(s).

NOTICE OF MOTION
06 cv 05474 (ABC)
[docket number] [judge's initials]
----------------------------------X 06 CV 05474 D.L. Irizarry

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation Joe R Mogus sworn to or affirmed Nov. 03, 2006 and upon the complaint herein, Joe R Mogus plaintiff will move this Court, Honorable Doris Lizette Irizarry (Judge's name) U.S.D.J., in room ___ United States Courthouse, Brooklyn, New York, 11201, on the 3rd day of November 2006, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule ___ of the Federal Rules of Civil Procedure granting by motion for dismissal of the case 06CV05474 - H Katz vs Joe R Mogus All That Glitter Inc

Dated: Benton [county], Oregon
       11/3/06

Joe R Mogus
Joe R Mogus
PLAINTIFF PRO SE
Mailing
PO Box 4122
Corvallis Oregon
97333

Phone
541-929-5462

CC Schmuel Klein Atty

Move to dismiss in that jurisdiction-venue are inappropriate - incorrect.

I submit did H Katz transact business in the Eastern District or rather Manhattan - the Southern District? note exhibit. [note exhibit]

I state Katz business Manhattan based not Brooklyn based refer exhibit - official business address - Manhattan - - business bank account Manhattan - his office was located in Manhattan. The two meetings, lunches we had again were in Manhattan - two in 20 years. Manhattan, as I now understand is in the Southern District, not Eastern District.

The millions of dollars in chex I sent to H Katz - were sent to and cashed in Manhattan, not Brooklyn I believe.

Indeed, when I began with H. Katz I was told unequivocally not to involve his home address unless necessary due to illness etc as Katz like many wanted to keep his Brooklyn home address unassociated with the product and thus become a target - He did his business in Manhattan - Southern District. [target? for armed robbery etc]

Your Honor in my life - 56 years I have never set foot in Brooklyn New York - Never! Obviously I would have raised this issue earlier - was not aware until recently of Manhattan's judicial jurisdiction.

Did Mr Katz and I transact in Brooklyn Eastern District - again I was never there in the last 6 years - 20 years or ever!

A better question write be did Katz transact business in the Eastern District or rather the Southern District. note letter head. exhibit

The basis for this venue in the original complaint states "defendant resides in the jurisdiction" Now we see I have never even there.

Mr Klein contention → Every expectation of suit in Eastern Jurisdiction? Have never even been there!, Never!

Indeed in the past Mr Katz unable or did not make suit in Eastern District but traveled to defendant's venue. He can not deny this - Virginia Beach and I believe Philadelphia. Katz went to the defendant Had this been done in 2005, a Federal Venue in Martinsburgh W.Va 70 miles from Wash D.C. - had he done that, this case would now been concluded, no dispute then over venue, jurisdiction, no dispute!

I want to conclude by saying Mr Katz and I enjoyed a long and amicable relationship, 20 years. In the past I had no more loyal booster than Howard Katz, he even writing letters of recommendation praising me. words like honest reliable, and trust. That now we are forced into court is not good. I am still willing to try to work with him to resolve, determine a true ↓

please over ↓

outstanding balance and try to finish this issue

Sincerely

*Joe Mogus* (signature)

Joe Mogus

**HOWARD KATZ**
Manufacturer & Importer
of 14K Jewelry
P.O. Box 4476
NEW YORK, NY 10185

(718) 363-8424   Toll Free 1-800-466-5287
FAX (718) 756-0636

11/4/06

Exhibit A

\*(Business Address)

Note Manhattan Address - 10185 zip. Rockefeller Center I believe is it not

Note Business Bank Acct - Based Merchant Bank - in Manhattan I believe this also true

Note - Mr Katz's office when he had one was indeed in Manhattan. (I was there once)

The two times I met Katz - again Manhatt an meetings once at his Manhattan office

Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
HOWARD KATZ,
    Plaintiff
v.                                                    Civil Action No. _____
                                                      JURY DEMANDED
JOE ROBERT MOGUS AND
ALL THAT GLITTERS, INC.
    Defendant.
-----------------------------------------X

## COMPLAINT AND DEMAND FOR JURY TRIAL

NOW INTO COURT, through undersigned counsel, comes HOWARD KATZ, Plaintiff in the above entitled and captioned matter, who respectfully prays for Judgment of this Honorable Court against defendant, as set forth in the following complaint, as follows:

1. Plaintiff, HOWARD KATZ, is a domiciliary of Brooklyn, New York, and transacts business in this District.

2. Defendant herein is JOE ROBERT MOGUS AND ALL THAT GLITTERS, INC., also hereinafter be referred to as "MOGUS AND ALL THAT GLITTERS, INC." transacts and does business in the following places: 125 Ruff Grouse Rd Berkley Springs, West VA 25411; and PO Box 531, Berkley Springs, West VA 25411 and PO Box 602, Cross Junction VA 22625.

## JURISDICTION OF THE COURT AND VENUE

3. Plaintiff respectfully asserts that this Honorable Court has jurisdiction in this case arises under federal law. *28 U.S.C. 1331*. Further, the matter in controversy exceeds $75,000.00, exclusive of costs and interest and the parties to these proceedings are citizens of different states:

# United States District Court for the Southern District of New York

From Wikipedia, the free encyclopedia

Exhibit C

The **United States District Court for the Southern District of New York** (S.D.N.Y.) is the federal district court whose jurisdiction comprises the following counties: New York (Manhattan), Bronx, Westchester, Putnam, Rockland, Orange, Dutchess, and Sullivan. The **United States Attorney's Office for the Southern District of New York** represents the United States in civil and criminal litigation in the court.

The court shares geographic jurisdiction over New York City with the U.S. District Court for the Eastern District of New York, which manages Kings (Brooklyn), Queens, and Richmond (Staten Island) counties, along with Nassau and Suffolk on Long Island.

The Southern District is one of the most influential and active federal district courts in the United States, largely because of its jurisdiction over New York's major financial centers. When Rudolph Giuliani worked as a federal prosecutor in this district, his unusually aggressive style of litigation combined with the overall power of this district caused legal commentators to joke that S.D.N.Y. stood for the "Sovereign District of New York."

The Southern District of New York was subdivided out of the U.S. District Court for the District of New York on April 9, 1814 along with the U.S. District Court for the Northern District of New York.

## Judges

The U.S. District Court for the Southern District of New York has 28 authorized judgeships, filled by judges appointed by the President and confirmed by the Senate. One seat is vacant due to the death of Constance Baker Motley. In addition, judges who have taken senior status are eligible to continue hearing cases. As of August 1, 2006, the Chief Judge of the District is Judge Kimba Wood, succeeding Judge Michael Mukasey who is returning to private practice.

The District Judges (active and senior) sitting as of 2006 are:

- Harold Baer, Jr.
- Deborah A. Batts
- Richard M. Berman
- Charles L. Brieant
- Naomi Reice Buchwald
- Robert L. Carter
- Richard Conway Casey
- P. Kevin Castel
- Miriam Goldman Cederbaum

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
Howard Katz

Plaintiff,

-against-  Joe R Mogus                          Affirmation of Service
          All That Glitter Inc                  06 cv 05474
Defendants.

---------------------------------------X

I, Joe R Mogus, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon Attorney Shmuel Klein whose address is 268 Route 59 Spring Valley New York 10977

Dated: 11/3/06

Signature: Joe R Mogus

Address: Joe R Mogus

City, State & Zip Code: PO 422 Corvallis Oregon 97333

Telephone: 541-929-5462

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on Nov 3/2006 (Date)

Your Signature: Joe R M___

Print your name: Joe R Magus

Case 1:06-cv-00474-KCL-KNF   Document 653   Filed 10/22/2007   Page 9 of 9