Case 1:06-cv-06574-KL-KNF  Document 56  Filed 11/27/2006  Page 1 of 1

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ NOV 27 2006 ★
BROOKLYN OFFICE

11/22/06

To Honorable Judge
10/2007

Am asking at this time for a one week extension of my response to the Mr Katz presentation of 10/31/2006 received 11/6/06 — The original due date according to Pro Se' is Dec. 4/2006/ —

I am asking to Dec 11/2006 to extend — Please — only 7 Days

I have had two issues, the gentleman I relied to send previous records is very elderly has had problems. I have contracted a young woman to accomplish this task. She is very efficient.

The other my Mother has been hospitalized twice recently I must go to Florida to return Dec 6/2006 — for 5 days.

I promise I will mail all Dec 11/2006 — to the court - copy to a Attorney Klein.

Sincerely
Thank You
Joe Mogus

Joe Mogus

CASE
CV06-6574