Moges Response
to Plaintiff's of Nov 27
correspondence

Case CV 06-0574

Plaintiff and his attorney spent in January one whole year trying to say I lived and did business in Eastern District - now call these harmless typographical errors.

Mr Howard Katz knew I had never visited him or did business with him in that district now this is called harmless - The courts time and my time! 1 year - harmless? - (Refer page 3)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
DEC 18 2006
BROOKLYN OFFICE

[Invoice image from Howard Katz]

Katz doing business numerous states other countries - export importer

The Plaintiff now wants the Southern District after one year. I urge this case dismissed let the Plaintiff refile in the Southern District start anew.

Thank you
Moges

Case
CV 06-0574
Katz vs All That Glitter

\* Katz, a Canadian citizen, living some of the year in Eastern District - his business based in Southern District - doing business in many states and other foreign countries.

note exhibit A

I saw Katz twice in Manhattan in 20 years most recently 9 years ago / 1998.

This case has now suffered quite a few ~~typographical errors~~ — ~~these~~ at my expense. I resent these errors! I ask this case be dismissed.

Sincerely
Thank You

Joe Moyes
Joe Moyes

Statements made freely under penalty of perjury

and

\* Copy sent to Atty Schmuel Klein

\* P.S. Did a <u>substantial</u> part of the business relationship occur in the State of New York? Simply, it did <u>not</u>!
Where cause of action occurred, New York? Simply it did not!

*[Handwritten at top: MOGUS - Response Rebuttal]*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

In Re
HOWARD KATZ
    Plaintiff,

CV 06-0574 ((DLI))(JO)

-against-

JOE ROBERT MOGUS, et al,
    Defendants.

------------------------------------x

## AFFIRMATION IN OPPOSTION OF MOTION TO DISMISS

Howard Katz, by his attorney Law Office of Shmuel Klein, P.C., affirms under the penalties of perjury as follows:

1. I am the Attorney for the Plaintiff in the above captioned case. I make this affirmation in opposition to the Defendant's motion to dismiss this case.

2. On Nov 6, 2006, Defendant filed a Notice of Motion for dismissal of the case. Defendant's submission to the court that the entire case be dismissed solely as a result of a harmless and non-prejudicial typographical error is no basis to dismiss this case. *[Handwritten: — Harmless? Not!]*

3. Counsel of the Plaintiff adheres to all court rules and deadlines and did not deliberately create Defendant's unsettlement. *[Handwritten: I feel it is deliberate - Claimed originally I Joe Mogus lived in New York]*

4. As seen by the exhibits annexed hereto, there is no question that Defendant was aware and should expect proper jurisdiction in New York. Now Defendant admits that jurisdiction is proper in the Southern District of New York. Plaintiff will agree to the transfer to the Southern District of New York. *[Handwritten: Totally False I had no expectation - I admit nothing. In that H. Katz had has numerous clients in Maryland as did All That Glitters - I had expected case here, Maryland]*

5. Plaintiff conducted business with Defendant in New York over the course of approximately 19 years, from 1984 to 2003. *[Handwritten: I saw H Katz two times in 20 years! 2 Times]*

*This absurd - Frequently - Twice!*

6. Plaintiff and Defendant made their transactions <u>frequently</u> in the State of New York. ~~-~~

*We met twice in 20 years*       *untruth this*

7. When Defendant would visit Plaintiff's business in New York, Plaintiff knew where Defendant made accommodations for overnight residency, in New York. *What business did I visit?*

*Yes, I did sleep in a hotel, what was I to do?*

8. During these visits, Plaintiff and Defendant would business lunch in New York.

*I saw him twice ~~m~~ in 20 years / briefly. 13 years ago*

WHEREFORE, Plaintiff respectfully requests that the application be denied.   *9 years ago*

Dated: November 27, 2006

                                           /s/
                                           Law Office of Shmuel Klein, P.C.
                                           268 Route 59
                                           Spring Valley, NY 10977
                                           (845) 425-2510


### CERTIFICATE OF SERVICE

I, Shmuel Klein, affirm under the penalties of perjury that I am not a party to this action and I am over the age of 18 years old. I have offices at 268 West Route 59, Spring Valley, NY 10977. I served the within Affirmation in Opposition together with the Exhibits on November 27, 2006 by depositing a true copy thereof in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the US Postal Service within the State of New York, first class mail, addressed to:

Joe Robert Mogus
General Delivery
Corvallis, OR 97333

                                           /s/
                                           Law Office of Shmuel Klein, P.C.
                                           268 Route 59
                                           Spring Valley, NY 10977
                                           (845) 425-2510

*Mr Katz in the complaint stated I J. Mogus <u>lived</u> in the Eastern District - Plaintiff then retreated from this position to say <u>I did business</u> in Eastern District only now to claim a <u>second</u> typographical error. Now calls this untruth <u>harmless</u>. Now tries to use two lunches to qualify Southern District. Plaintiff spent a year trying to establish Eastern District - <u>A whole year on an error?</u> Mr Katz does business as <u>importer exporter</u> in <u>numerous</u> states and ~~foreign~~ <u>countries</u> - this he can not deny*

Magus
Arthur Glitter
PO 422
Cavallis OR6
97333

Special to
Pro Se

To
Judge Irizarry Court
Federal
District Court Eastern
225 Cadman Plaza East
Brooklyn
NEW YORK 11201

CERTIFIED MAIL

7006 0100 0005 0816 8204