UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Howard Katz ⎯⎯⎯⎯ FILED ⎯⎯⎯ X

Plaintiff,

DEC 1 6 2006    NOTICE OF MOTION

-against-                                    cv 06-0574 (ABC)

All That Glitter                    [docket number][judge's initials]
Joe Mogus
Defendant(s)                        X 06 CV 0574  D.L. Irizarry

PLEASE TAKE NOTICE that upon the annexed affidavit or

affirmation Joe R Mogus ⎯⎯⎯⎯ sworn to or affirmed

12/14/2006 ⎯⎯⎯, 20 ⎯⎯ and upon the complaint herein,
Joe R Mogus                         Honorable Doris Litto Irizarry
plaintiff will move this Court, ⎯⎯ (Judge's name) ⎯⎯ U.S.D.J.,

in room⎯⎯⎯ United States Courthouse, Brooklyn, New York, 11201,

on the ⎯⎯ 14 day of December ⎯⎯⎯⎯ 20 06, at (time) or as
Self
soon thereafter as counsel can be heard, for an order pursuant to

Rule ⎯⎯⎯⎯⎯ of the Federal Rules of Civil Procedure granting

57 motion to require Plaintiff Mr Katz
to provide this court (continued next page)

Dated: Benton OREGON
[county] New York
12/14/2006
[date]

Joe Mogus
Joe Mogus

__PLAINTIFF PRO SE__

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

540·929·5462

PO 422
Corvallis Oregon
97333

with some proof, a modicum of proof, that the contended amount (alleged amount owed) does actually qualify in that exceeds 75,000 dollars. I contend it does not. Mr Katz never also sent a bill to my business All That Glitters Inc. he refused to send a bill - Again require him / Mr Howard Katz to offer proof the contentious amount exceed 75,000 dollars.

Thank You
Sincerely

R Wagner

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
_____X

H Katz
                Plaintiff,
                                    Affirmation of Service
-against- All That Glitter       _cv 06-0574
         Joe R Mosus
         Defendants.

_____X


I, _____Joe R Mosus_____, declare under penalty

of perjury that I have served a copy of the attached Notice of

Motion and Affirmation/Affidavit in support upon _____

__ Attorney Schmuel Klein _____

whose address is 268 West Rate 59
                 Spring Valley
                 New York 10977

Dated:

                                    Joe R Ms
                            signature
                                    PO 422
                            Address
                                    Corvallis Oregon
                            City, State & Zip Code
                                    97333
                            Telephone
                                    541 929-5462

OR.

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/14/2006
_(Date)_

Your Signature

Print your name

Joe R. Wasus

