UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

H Katz

　　　　　　Plaintiff,

against

Joe R Mogus
All That Glitter
　　　　　　Defendant(s).

----------------------------------------X

NOTICE OF MOTION

cv 06-0574 (ABC)

[docket number][judge's initials]
06-0574
D.L. I 10/29/07

your honor's copy

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation Joe R Mogus sworn to or affirmed 12/18/ 2006 and upon the complaint herein, Joe R Mogus will move this Court, Honorable Doris Lizette Iozano (Judge's name) U.S.D.J., in room ___ United States Courthouse, Brooklyn, New York, 11201, on the 21st day of December 2006, at (time) or as soon thereafter as Self can be heard, for an order pursuant to Rule ___ of the Federal Rules of Civil Procedure granting

More that this court dismiss this case CV06-0574 - in that cause of action did not - continued next page

Dated: Benton OREGON [county]
12/18/2006 (date)

Joe R Mogus
PLAINTIFF PRO SE
Joe R Mogus

RECEIVED DEC 27 2006 PRO SE OFFICE

FILED 2006 DEC 27 AM 11:50

occur in Eastern District, Southern District or anywhere in New York. If as Plaintiff Katz alleges I will not return, have not returned the jewelry items where did or is this occurring, in New York? No, no it is not, or did not. It could not occur anywhere in New York. I only saw Mr Katz there twice and not since 1998. Twice in 20 years!

If as Mr Katz alleges items are un-returned this happened in West Virginia or is ongoing in Oregon as I am now here, Corvallis Oregon.

A substantial part of our business - Katz & All That Glitters did not occur in New York.

Thank You
Sincerely
Joe Magas

* P.S. Both times I did see Mr Katz in New York he did not recognize me, both times I had to introduce myself. Should this case eventually go to court I honestly doubt Mr Katz would be able now to even know who I am - he has not seen me in nearly 10 years.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
H Katz

Plaintiff,

-against- Joe R Mogus               Affirmation of Service
All That Glitters
Defendants.                           cv 06 0574

---------------------------------------X

I, Joe Mogus, declare under penalty of perjury that I have served a copy of the attached Notice of Motion and Affirmation/Affidavit in support upon Attorney Schmuel Klein

whose address is 268 West Route 59
Spring Valley
New York 10977

Dated:

Joe R Mogus
Signature

PO Box 422
Address

Corvallis OREGON
City, State & Zip Code
97333

Telephone
541 929 5462

OR:

WHEREFORE, I respectfully request that the court grant the within motion, as well as such other and further relief that may be just and proper.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12/18/2006

*Joe R Mosu*
Your Signature

Print your name

Joe R Mosu