BROOKLYN OFFICE

1/31/07

To Your Honor Judge Irizarry

I wanted to say regarding motions filed I wanted to the number I have filed I wanted to make the point sincerely I as a Pro Se' defendant have not filed these frivously or arbitrarily I have felt compelled to file these due to the number of "anomalies" in this case.

Time and again the Plaintiff, Plaintiffs Attorney have made statements verbally and in writing - these incorrect, inaccurate or utterly false. Only then characterize these as harmless or typographical errors.

Specifically these included

1. Joe Mosus lives in Eastern Jurisdiction of New York - I have never even been there
2. Joe Mosus / All That Glitter did business in Eastern District of New York - spent one whole year walking the point. I have never even been there!
3. Plaintiff attorney told Magistrate Judge he had contacted me as ordered - In truth he never bothered to
4. Plaintiff attorney, now told this court on Oct 26/2006 I had not provided my phone number as ordered this absolutely contradicts his own letter of Oct 24/2006 in actually

listed the number he claimed I never provided.

5. In correspondence to the court of Nov 6 Attorney Klein falsely characterizes as frequent frequent meetings in Manhattan - in fact their were two - two in 2yrs two lunches.

6. In the most disturbing "anomalie" the Plaintiff, Mr Katz, in writing under penalty of perjury unequivocally stated that an invoice (memo) of 16,700 aprox from Jan 17/1994 that this item remained unresolved, unpaid unreturned. Indeed he himself in his own handwriting, cancelled, resolved it. There is no doubt about this!

My use of the term anomalie is euphemistic, any reasonable person, I think can see what has actually occurred. I contend these were not harmless nor were they errors. As I saw initially I'm sorry to have filed so many motions I did not mean to burden the court but given these numerous "anomalies" I felt I had to, resister objections to these numerous "inaccuracies, untruths"!

Thank You
Sincerely
Joe Mogus

Carbon Copy
Atty Schmuel Klein



WDGUS
DC 422
CO MS
07333

Special
MAIL

Pro Se

To Court of Judge Johnson
US District Court Eastern
225 Cadman Plaza East
Brooklyn New York
11201

CERTIFIED MAIL
7006 0100 0006 3697 3310

US POSTAGE PAID
PHILA, PA
$2.79
00044895-07