2/5/07

06-CV-0574

I apologize the enclosed Addendum was to be included with correspondence of January 31/2007. I forgot to include.

*[signature]*

What I say here is I swear true

Carbon Copy to Attorney Schmuel Klein

RECEIVED FEB 20 2007 PRO SE OFFICE

FILED

# Addendum

Case CV06-0574

As I have outlined it is apparent that Plaintiff and his attorney are willing to say or do nearly anything to enable a New York jurisdiction - First Eastern where it turns out I have never been. Now Southern where I lived with H Platz twice Twice in 20 years!

The question is why go thru all this to set venue - jurisdiction in New York - Why? - The answer is Plaintiff knows it will be virtually impossible for me then to defend, virtually impossible

Plaintiff could have filed this case back in 2005. Filed in Martinsburg W.Va - 90 minutes from Washington D.C., had that been done this issue would now have been resolved. I and he would have had our day in court, he having rebuffed any attempt at an out of court resolution.

Plaintiff cleverly waited until the house I rented for years was put on the market he knew I was planning on moving to Oregon. All of this to deny me a reasonable opportunity to defend.

Sincerely

Joe Morgis