To the Court

Case CV 06-0574 (DLF)
March 6/07
Katz vs AllThatGlitter/mogu

I wanted simply to bring to courts attention that I have received no correspondence since November - none from the Court none from attorney Klein - just wanted to go record as saying this - have received no correspondence or copies -

Thank Ya
Sincerely

J Mogus