Recently this document was sent to me, i wanted to include this to the courts attention. the plaintiff,
Mr Katz has repeatedly referred to his inclusion in my will ———— this was the context of that will. I was under psychiatric care, Psychiatrist, Dr. Shapiro, Psychologist Gary McDaniel Dr. Graves, my family doctor ———— Medications included Paxil, and later Efexor ———— During this period Howard Katz hounded me for his inclusion in this will, virtually dictating the terms, verbatim.    I functioned as the President of an incorporated business and for over 20+ years, since 1980 -- was listed as such on tax returns, paid a salary as such, paid comensurate taxes, social security obligation etc. I reiterate, the president of an incorporated business.
I did mail to Mr. Katz an explanantion of personal expenses, listing. these expenses as the salary paid to the President of the company, very basic expenses, representing modest living. He asked for these, I responded listing truthfully. Regarding his referencing credit card debt, these were for business purposes, business expenses, absoloutely within the context of the business. The plaintiff can not deny knowing this.    Statements I made here made freely and under penalty of perjury            sincerely Joe Mogus

*Joe Mogus*

Case Katz Vs Mogus All That Glitters
Case CV 06/0574



**RICK GRAVES, D.O.**

GRAVES MEDICAL PRACTICE
P.O. BOX 598
BERKELEY SPRINGS, WV 25411
TELEPHONE: (304) 258-6327

June 16, 2000

RE: Joseph Mogus
DOB: 7/9/50
SS#: 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

To Whom It May Concern:

Mr. Joseph Mogus has been an active patient at Graves Medical Practice since 5/3/99.

If any further information is needed please do not hesitate to contact me at (304) 258-6327.

Sincerely,

William R. Graves, D.O.
WRG/mdh

NMOGUS/ATU
PO 422
Corvallis OR
97333

ATTN
Office of
✱ pro se

To Custodian Jorgen
U.S District Eastern
205 Cadman Plaza
Brooklyn New York 11201

U.S POSTAGE PAID
PHILOMATH, OR 97370
APR 02
AMOUNT $0.39
0004865-07