UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ J ★

BROOKLYN OFFICE

-------X

H. Katz

Plaintiff,

against

All That Glitter Inc
Joe R Mogus

Defendant(s)

-------X

NOTICE OF MOTION

06 CV 0574
[docket number] [judge's initials]

PLEASE TAKE NOTICE that upon the annexed affidavit or affirmation **JOE R MOGUS** sworn to or affirmed **11/15**, **2006** and upon the complaint herein, plaintiff **JOE R MOGUS** will move this Court, Honorable **DORIS LIZETTE IRIZARRY** (Judge's name) U.S.D.J., in room ___ United States Courthouse, Brooklyn, New York, 11201, on the **15th** day of **Nov.** **2006** 20___, at (time) or as soon thereafter as counsel can be heard, for an order pursuant to Rule ___ of the Federal Rules of Civil Procedure granting **by motion for exclusion of evidence in case 06cv0574 beyond time limited**

Dated: **11/15/06** (county) New York
(date) Benton, Oregon

The Clerk of the Court shall serve a copy of this order on pro se Defendant by certified mail with return receipt. At this stage of the litigation, this motion is denied as premature. SO ORDERED.
DATED: Brooklyn, NY
July 26, 2007 /Judge Irizarry/ U.S.D.J.

1 Joe R Mogus
Joe R Mogus
PLAINTIFF PRO SE
Mailing
PO Box 422
Corvallis Oregon
97333
Phone
541-929-5462

CC: Shmuel Klein Atty