I have been receiving anonymous and disturbing, harassing phone calls these past few weeks. I spoke to the phone company regarding these calls, as I want them to stop. I am not going to make a big deal of this I just want it stopped. No more than 15 people have my home number, Plaintiff, Katz being one. I have no real enemies in the world, I can't think of one person wishing me ill, except H. Katz. In the past the plaintiff has issued veiled threats, even to the point that he called on the phone my 81 year old Mother who lives in a retirement home. He not will deny this! He can not! What purpose had this call?    I will reiterate I just ask these calls to end, thats all.                                    Sincerely, Joe Mogus

P.S. My number is a private number

CC.
To Law Schmuel Klein

Please docket under

06-cv-574