**FedEx Express** — USA Airbill

FedEx Tracking Number: 8435 9020 3940

Sender's Copy

**1 From**
Date: 9/10/07
Sender's FedEx Account Number: 1506-2096-1
Sender's Name: W. Latka-Mucha
Company: US DISTRICT COURT
Address: 225 CADMAN PLZ E RM 130
City: BROOKLYN   State: NY   ZIP: 11201-1818

**2 Your Internal Billing Reference:** case # 06-CV-574(DLI)

**3 To**
Recipient's Name: Clerk of Court
Company: U.S. District Court, Southern District of New York
Address: U.S. Courthouse
Address: 500 Pearl Street
City: New York   State: NY   ZIP: 10007-1312

**4a Express Package Service**
[X] FedEx Standard Overnight

**7 Payment:** Bill to Sender

0259443179

447