**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

HOWARD KATZ,                                   :

        Plaintiff,                             :

        -against-                             :        **ORDER**
                                                        07 Civ. 8314 (PKC)(KNF)
JOE ROBERT MOGUS, ET AL.                :

                                                 :

        Defendants.

---------------------------------------------------------- X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that this case shall be removed from this court's Electronic

Case Filing ("ECF") docket, as it involves a pro se litigant.

Dated: New York, New York                    SO ORDERED:
      October 10, 2007

                                                 Kevin Nathaniel Fox

                                                 KEVIN NATHANIEL FOX
                                                 UNITED STATES MAGISTRATE JUDGE

Copies mailed to:
Shmuel B. Klein, Esq.
Joe R. Mogus

MICROFILM     OCT 1 0 2007