UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

HOWARD KATZ,                                              :

               Plaintiff,                              :

        -against-                                  :          **ORDER**
                                                                                07 Civ. 8314 (PKC)(KNF)

JOE ROBERT MOGUS, ET AL.,                    :

            Defendants.                         :
------------------------------------------------------------------ X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     IT IS HEREBY ORDERED that a telephonic status conference shall be held in the

above-captioned action on October 16, 2007, at 2:00 p.m. The telephonic conference shall be

initiated by counsel to the plaintiff to (212) 805-6705.


Dated: New York, New York                       SO ORDERED:
       October 4, 2007

                                         _Kevin Nathaniel Fox_____
                                    KEVIN NATHANIEL FOX
                                    UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Shmuel Klein, Esq.
Joe Robert Mogus

Returned to chambers for scanning on 10/9/07
Scanned by chambers on 10/10/07