**CERTIFICATE OF SERVICE**

    I, Shmuel Klein, an attorney admitted to practice in this court affirm under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I am associated with the Law Office of Shmuel Klein located at 268 Route 59, Spring Valley, New York 10977 and I served the within Motion on February 6, 2008, by depositing a true copy thereof in an post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, to:

Joe Mogus
POB 422
Corvallis, OR 97339-0422


                                                _____/s/_____
                                                    Shmuel Klein