USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-4-08

MEMO ENDORSED

5/27/08

Your Honor; Judge Castel

Today I received the conclusions of the Court 5/27 I am asking until June 20 2008 to respond. thisdue to health ,discs and pain,painkillers.
I also want to say to the court I do appreciate your considerations in these issues you addressed , to me they are very serious. I have never had a law suit filed against me before. I also want to say any documents I have sent to the court reflect on my part sincerity, it is just that I am not familar with the protocols of the Court and my attempts to deal with a system I do not understand are I guess clumsy.I am sorry for that.

Sincerely,
Joe Mogus






Time to object to Report and Recommendation filed May 19 is extended to June 20, 2008.

SO ORDERED

6-4-08 USDJ

Case-07-CV-8314