USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/21/08

RECEIVED
AUG 21 2008
CHAMBERS OF
KEVIN NATHANIEL FOX
U.S. MAGISTRATE JUDGE

# Law Office of Shmuel Klein, PC
## Attorneys and Counselors at Law

**MEMO ENDORSED**

**268 West Route 59**
**Spring Valley, NY 10977**
845-425-2510
fax-845-425-7362
Federal Court Only
shmuel.klein@verizon.net

**113 Cedarhill Ave.**
**Mahwah, NJ 07430**
201-529-3411
State & Federal Court

August 18, 2008

Honorable Judge Kevin Nathaniel Fox
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 540
New York, NY 10007

    RE:    Howard Katz vs. Joe Mogus et al.
            07-CV-8314

Honorable Judge Fox,

    I am in receipt of Your Honor's Order, setting a Pre-Trial Conference for September 30, 2008. This date falls on Rosh Hashanah, and I would be unable to attend the Conference. Request is made for an adjournment to another date.

    Enclosed is a Jewish calendar. I will be unavailable from September 30, 2008 to October 1, 2008, and from October 8, 2008, through October 23, 2008.

Respectfully,

Shmuel Klein
/za

    cc:    Joe R. Mogus

*[Handwritten endorsement:]*
8/21/08
Application granted. The conference will be held on September 16, 2008, at 12:00 p.m.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

Printed from **Chabad.org**

◁ Previous  **October, 2008**  Next ▷   Tishrei - Cheshvan, 5769

To view Shabbat Times click here to set your location

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Shabbat |
|---|---|---|---|---|---|---|
| **28** 28 Elul | **29** 29 Elul<br>Erev Rosh Hashanah | **30** 1 Tishrei<br>Rosh Hashanah Day 1 | **1** 2 Tishrei<br>Rosh Hashanah Day 2 | **2** 3 Tishrei<br>Fast of Gedaliah | **3** 4 Tishrei | **4** 5 Tishrei<br>Parshat Vayelech |
| **5** 6 Tishrei | **6** 7 Tishrei | **7** 8 Tishrei | **8** 9 Tishrei | **9** 10 Tishrei<br>Yom Kippur | **10** 11 Tishrei | **11** 12 Tishrei<br>Parshat Ha'Azinu |
| **12** 13 Tishrei | **13** 14 Tishrei | **14** 15 Tishrei<br>Sukkot | **15** 16 Tishrei<br>Sukkot | **16** 17 Tishrei<br>Sukkot Chol Hamoed | **17** 18 Tishrei<br>Sukkot Chol Hamoed | **18** 19 Tishrei<br>Sukkot Chol Hamoed |
| **19** 20 Tishrei<br>Sukkot Chol Hamoed | **20** 21 Tishrei<br>Hoshana Rabbah Chol Hamoed Sukkot | **21** 22 Tishrei<br>Shemini Atzeret | **22** 23 Tishrei<br>Simchat Torah | **23** 24 Tishrei | **24** 25 Tishrei | **25** 26 Tishrei<br>Parshat Bereishit |
| **26** 27 Tishrei | **27** 28 Tishrei | **28** 29 Tishrei | **29** 30 Tishrei<br>Rosh Chodesh | **30** 1 Cheshvan<br>Rosh Chodesh | **31** 2 Cheshvan | **1** 3 Cheshvan<br>Parshat Noach |

Jump to Date    Add Event

Chabad.org · A Division of the Chabad-Lubavitch Media Center
In everlasting memory of Chabad.org's founder, Rabbi Yosef Y. Kazen

© 2001-2008 Chabad-Lubavitch Media Center

OFFICE CLOSED