**MEMO ENDORSED**

**COURTESY COPY**

Copy Judge Castel

*[Stamp: SDNY PRO SE OFFICE 2008 AUG 25 A 11:48]*

August 22, 2008
CASE 07 CV 008314

Your Honor,

At this time wish to withdraw motion regarding request Change of Venue to West Virginia in this case. While I do think this is THE crucial issue in this case we will as I now see be able to dicuss this issue Sept. 30, scheduled Hearing. When I filed this motion I did not yet receive notice of this Hearing., as apparently crossed in the mail. The fact that we can discuss this issue Sept.30 makes filing I feel unnecessary, at least at this time.

I do continue to make the point that location is of utmost importance and may actually determine whether I will actually get a day in court.

Sincerely,

Joe Mogus
Pro se Defendant

*[Handwritten endorsement: Motion to Change Venue to West Virginia is deemed withdrawn. SO ORDERED. /s/ [Judge] USDJ 8-27-08]*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08