*Copy to Judge Fox*

*Request to Court*

## MEMO ENDORSED

Case 07-CV 8314
August 14 2008

RE: Katz v. Mogus, 07 Civ. 8314 (PKC)(KNF)

Your Honors,

I received today notification of Hearing (noticed attached) Sept 30, at 2.00 pm. This hearing regarding the case noted above.

I do live on the West Coast, Corvallis Oregon 3000 miles away from New York City, considering this extreme distance, and my employment situation, I am asking that my participation in this hearing be via telephone. I do promise my complete cooperation in this issue.

Video-conferencing capability is available at the Federal Courthouse in Eugene, Oregon 30 miles away, should the Court consider or require this option, I would be ready to comply.

I do ask all consideration in this issue as the 6000 miles of travel (round trip) meals, transfers, lodgings, do present a very real burden, to myself the Pro Se Defendant in this case.

Most Sincerely,
Joe Mogus
Defendant Pro Se

8/27/08
Application granted. The Court hereby reminds the defendant that every writing he sends to the court must contain an affidavit certifying that a copy of the document has been served on all other parties to the action.

SO ORDERED:

Hon. Kevin Nathaniel Fox
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08