

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HOWARD KATZ,                                    :

        Plaintiff,                             :

    -against-                                     :

JOE ROBERT MOGUS, ET AL.            :

        Defendants.                          :
------------------------------------------------------------X

ORDER

07 Civ. 8314 (PKC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      Defendant Joe Robert Mogus, in a writing dated August 14, 2008, which the Court endorsed on August 21, 2008, noted incorrectly that the pretrial conference with the Court is scheduled for September 30, 2008. The correct date on which the conference will be held is September 16, 2008. The conference will commence at 12:00 p.m.

Dated: New York, New York
          September 2, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Shmuel B. Klein, Esq.
Joe Robert Mogus