ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
HOWARD KATZ, :
 :
              Plaintiff, :
 :
    -against- : ORDER
 :
JOE ROBERT MOGUS, ET AL., : 07 Civ. 8314 (PKC)(KNF)
 :
             Defendants. :
 :
------------------------------------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 04/08/09 |

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the conference scheduled previously for May 25, 2009, at 2:00 p.m., shall be held on May 26, 2009, at 2:00 p.m.. The plaintiff shall appear in courtroom 20A, 500 Pearl Street, New York, New York, on that date and at that time. Defendant Joe Mogus, may participate in the conference via telephone to (212) 805-6710.

Dated: New York, New York
       April 7, 2009

Copies mailed to:
Mr. Howard Katz
Mr. Joe Robert Mogus

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

MICROFILMED APR -- 8 2009 -12 00 PM